LDA

# U.S. District Court
# District of Vermont (Burlington)
# CIVIL DOCKET FOR CASE #: 2:06-cv-00174-wks

Werner v. Stonebridge Life Insurance Company et al
Assigned to: Hon. William K. Sessions III
Referred to:
Demand: $1000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 08/29/06
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

CA 07 0825

**Plaintiff**

---

**Keith A. Werner** represented by **Keith A. Werner**
Box 8200
Cranston, RI 02920
PRO SE

V.

**Defendant**

---

**Stonebridge Life Insurance Company** represented by **John P. Faignant**
Miller, Faignant & Behrens, P.C.
P.O. Box 6688
Rutland, VT 05702-6688
(802) 775-2521
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Doe,** ***Unknown Employee of Stonebridge Life Insurance Co.***

**ENE Evaluator**

---

**ENE Evaluator** represented by **Mark A. Kaplan**
Jarvis & Kaplan
95 St. Paul Street
P.O. Box 902
Burlington, VT 05402-0902
(802) 658-9411
Fax : (802) 658-3551
Email: mkaplan@jarvisandkaplan.com
*LEAD ATTORNEY*

I hereby attest and certify on February 27, 2007, that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
BY: Rica Wright
Deputy Clerk

*ATTORNEY TO BE NOTICED*

| Filing Date | Num# | Docket Text |
|---|---|---|
| 08/29/2006 | 1 | MOTION for Leave to Proceed in forma pauperis by Keith A. Werner. (Attachments: # 1 Proposed Complaint# 2 Civil Cover Sheet)(jse) [Entry Date 08/29/2006] |
| 08/29/2006 | 2 | AFFIDAVIT in support of 1 MOTION for Leave to Proceed in forma pauperis by Keith A. Werner. (jse) [Entry Date 08/29/2006] |
| 09/12/2006 | 3 | ORDER granting 1 Motion for Leave to Proceed in forma pauperis. Signed by Judge William K. Sessions III on 9/11/2006. (law) Modified on 9/18/2006 (jmm). |
| 09/12/2006 | 4 | ORDER Directing Monthly Payments be made from Prison Account of Keith A. Werner. Signed by Judge William K. Sessions III on 9/11/2006. Cy to pltf & Commissioner of the Massachusetts Dept. of Corrections. (law) [Entry Date 09/12/2006] |
| 09/12/2006 | 5 | COMPLAINT against Stonebridge Life Insurance Company, John Doe filed by Keith A. Werner. (Attachments: # 1 Civil Cover Sheet)(law) Modified on 9/18/2006 (jmm). |
| 09/13/2006 | | ISSUED Summons as to Stonebridge Life Insurance Company, John Doe. (law) [Entry Date 09/13/2006] |
| 09/25/2006 | 6 | AFFIDAVIT of Mary A. Werner by Keith A. Werner. (law) [Entry Date 09/25/2006] |
| 09/25/2006 | 7 | NOTICE of Change of Address by Keith A. Werner effective 10/11/2006. (law) [Entry Date 09/25/2006] |
| 11/01/2006 | 8 | PETITION for the Issuance of a Writ of Mandamus by Keith A. Werner. (law, ) [Entry Date 11/03/2006] |
| 11/21/2006 | 9 | ORDER denying 8 PETITION for the Issuance of a Writ of Mandamus. Signed by Judge William K. Sessions III on 16th day of November, 2006. (law, ) [Entry Date 11/21/2006] |
| 11/27/2006 | | Filing fee $ 4.00, Receipt number 24410, Balance due $346.00 (law, ) [Entry Date 11/27/2006] |
| 11/30/2006 | 10 | NOTICE of Appearance by John P. Faignant on behalf of Stonebridge Life Insurance Company. (law, ) [Entry Date 11/30/2006] |

| | | |
|---|---|---|
| .. /2006 | 11 | ANSWER to Complaint with Jury Demand by Stonebridge Life Insurance Company.(law, ) [Entry Date 11/30/2006] |
| 12/06/2006 | 12 | MOTION for Continuance to Effect Service, or alternatively, MOTION to Stay or Hold In Abeyance the Instant Action Until Service is Effected by the U.S. Marshal Service by Keith A. Werner.(law, ) [Entry Date 12/06/2006] |
| 12/15/2006 | 13 | ENE LETTER re: Potential Evaluators sent; responses due by 1/2/2007. (law) [Entry Date 12/15/2006] |
| 12/27/2006 | 14 | NOTICE to Amend 5 Verified Civil Action, as a Matter of Course by Keith A. Werner.(law) [Entry Date 12/27/2006] |
| 12/27/2006 | 15 | MOTION to Take Judicial Notice by Keith A. Werner.(law) [Entry Date 12/27/2006] |
| 12/27/2006 | 16 | MOTION for a Letter Rogatory by Keith A. Werner. (Attachments: # 1 Attachment A# 2 Attachment B)(law) [Entry Date 12/27/2006] |
| 12/27/2006 | 17 | MOTION to Waive Local Rules 26.1(b)(1, 26(d)(2)(A)(B)(i, ii and iii) and 26(d)1 by Keith A. Werner.(law) [Entry Date 12/27/2006] |
| 12/27/2006 | 18 | OMNIBUS MOTIONS by Keith A. Werner.(law) [Entry Date 12/27/2006] |
| 12/27/2006 | 19 | AFFIDAVIT of Keith A. Werner re: 18 OMNIBUS MOTIONS by Keith A. Werner. (law) [Entry Date 12/27/2006] |
| 12/29/2006 | 20 | RETURN OF SERVICE Executed. John Doe served on 12/18/2006, answer due 1/8/2007. (law) Served and due dates corrected 1/10/2007 (jmm). [Entry Date 01/04/2007] |
| 12/29/2006 | 21 | RETURN OF SERVICE Executed. Stonebridge Life Insurance Company served on 12/14/2006, answer due 1/3/2007. (law) [Entry Date 01/04/2007] |
| 01/05/2007 | 23 | MOTION for Legal Assistant Assistance (sic) by Keith A. Werner.(law) [Entry Date 01/08/2007] |
| 01/05/2007 | 24 | REQUEST for Extension of Time to Select an ENE Evaluator by Keith A. Werner.(law) [Entry Date 01/08/2007] |
| 01/08/2007 | 22 | MOTION to Change Venue by Stonebridge Life Insurance Company. (law) [Entry Date 01/08/2007] |
| | | |

| | | |
|---|---|---|
| ..9/2007 | 25 | REQUEST for An Extension of Time to Respond to Answer and 22 MOTION to Change Venue by Keith A. Werner. (Attachments: # 1 Exhibit A)(law) [Entry Date 01/19/2007] |
| 01/19/2007 | 26 | WITHDRAWAL of Motion for Legal Assistant contained within 18 OMNIBUS MOTIONS by Keith A. Werner. (law) [Entry Date 01/19/2007] |
| 01/19/2007 | 27 | WITHDRAWAL of 26 Withdrawal of 23 MOTION for Legal Assistant Assistance (sic) by Keith A. Werner. (law) [Entry Date 01/19/2007] |
| 01/19/2007 | 28 | REQUEST for an Extension of Time to Respond to 11 Answer and 22 MOTION to Change Venue by Keith A. Werner. (Attachments: # 1 Exhibit A)(law) [Entry Date 01/19/2007] |
| 01/19/2007 | 29 | MOTION to Strike 11 Answer to Complaint by Keith A. Werner.(law) [Entry Date 01/19/2007] |
| 01/23/2007 | 30 | ORDER granting 25 Request for An Extension of Time to Respond to Answer and 22 Motion to Change Venue; Granting request for an Extension of Time to Respond to 11 Answer and 22 Motion to Change Venue. Signed by Judge William K. Sessions III on 01/23/07. (This is a text only Order.) (eae) [Entry Date 01/23/2007] |
| 01/29/2007 | 31 | MOTION to Stay re 22 MOTION to Change Venue by Keith A. Werner. (law) [Entry Date 01/29/2007] |
| 01/30/2007 | 32 | ENE Evaluator Mark A. Kaplan assigned. (Attachments: # 1 Letter of Keith Werner)(law) [Entry Date 01/30/2007] |
| 02/01/2007 | 33 | OPPOSITION to 22 MOTION to Change Venue filed by Keith A. Werner. (Attachments: # (1) Exhibit 1 (sealed-DOB)# 2 Exhibit 2# (3) Exhibit 3)(law) Exhibit 3 replaced 2/20/2007 (jmm). [Entry Date 02/02/2007] |
| 02/02/2007 | 34 | REPLICATION to 11 Answer to 5 Complaint by Keith A. Werner. (Attachments: # 1 Exhibit 1)(law) [Entry Date 02/02/2007] |
| 02/08/2007 | 35 | MOTION to be Exempted from LR 26.1(a), (b), and 16.3(f)(1) by Keith A. Werner.(law) [Entry Date 02/09/2007] |
| 02/09/2007 | 36 | SUPPLEMENT to 23 Motion for Legal Assistant Assistance (sic) by Keith A. Werner. (Attachments: # 1 Exhibit)(law) [Entry Date 02/09/2007] |
| 02/13/2007 | 37 | MOTION to Amend 5 Complaint by Keith A. Werner. (Attachments: # 1 proposed First Amended Verified Civil Action)(law) [Entry Date |

| | | |
|---|---|---|
| | | 02/13/2007] |
| 02/16/2007 | 38 | MOTION to Amend 5 Complaint by Keith A. Werner. (Attachments: # 1 proposed First Amended Verified Civil Action)(law) [Entry Date 02/16/2007] |
| 02/21/2007 | 39 | NOTICE by Keith A. Werner to Court Regarding Status of 38 MOTION to Amend 5 Complaint, 37 MOTION to Amend 5 Complaint. (law) [Entry Date 02/22/2007] |
| 02/22/2007 | 40 | MOTION for Declaratory Relief or, Alternatively, For a Court Order by Keith A. Werner.(law) [Entry Date 02/22/2007] |
| 02/22/2007 | 41 | AFFIDAVIT of Keith A. Werner re: 39 Notice to Court Regarding Status of 38 MOTION to Amend 5 Complaint, 37 MOTION to Amend 5 Complaint by Keith A. Werner. (law) [Entry Date 02/22/2007] |
| 02/22/2007 | 42 | REQUEST for Court to Hold in Abeyance Any ruling on the Pleadings Until Plaintiff's Motion to Amend and the Proposed Amended Civil Action are Filed by Keith A. Werner.(law) [Entry Date 02/22/2007] |
| 02/22/2007 | 43 | OPINION AND ORDER granting 22 Motion to Change Venue, denying as moot 31 Motion to Stay . This case is hereby TRANSFERRED to the District of Rhode Island - all remaining motions are deferred to the transferee court. Signed by Judge William K. Sessions III on 2/22/2007. (law) [Entry Date 02/22/2007] |
| 02/27/2007 | 44 | CASE TRANSFER to District of Rhode Island. (law) [Entry Date 02/27/2007] |
| 02/27/2007 | 45 | LETTER to Rhode Island transferring case. (law) [Entry Date 02/27/2007] |