UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
RUTLAND DIVISION

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2006 SEP 11 PM 3:40
CLERK
BY [illegible]
DEPUTY CLERK

KEITH A. WERNER,
Plaintiff
v. No. 2:06-cv-174

STONEBRIDGE LIFE INSURANCE COMPANY,
ONE JOHN DOE DEFENDANT,
Defendants

VERIFIED CIVIL ACTION

Introduction

1. This action seeks damages for the plaintiff from the defendants for breach of contract, violations of both the consumer protection and insurance laws of the relevant state, torts of various sorts, promissory fraud, breach of duty of good faith and fair dealing and telemarKing fraud, via interstate transmission

## Parties

2. Plaintiff, Keith A. Werner, is a resident of Massachusetts, a citizen of the United States, the sole beneficiary or otherwise owner and holder in due course of the group accidental death insurance policy, the subject of the instant action

3. Stonebridge Life Insurance Company ("SLIC") is a corporation whose domicile is Rutland, Vermont.

4. Defendant John Doe, whose name is presently unknown but shall be revealed in discovery, is an employee of SLIC, or was, at all times relevant hereto.

## Facts

5. On May 5, 1997, George and Mary Werner entered into and agreement to purchase a group accidental death insurance policy from J. C. Penny Company

5. (cont'd) which, subsequently, conveyed said Policy to SLIC.

6. On or about May 8, 1997, Mary Werner received a Certificate purporting to outline the terms of the Policy. Because the Certificate contained confusing, ambiguous and contradictory language which Mrs. Werner did not understand, i.e. the language was too sophisticated for a senior-citizen, life-long housewife, with no experience in business or legal affairs, to grasp the intracacies of the deal, Mrs. Werner, via an interstate telephone call, spoke to the John Doe defendant who assured Mrs. Werner that the policy provided for a million dollar indemnity for any accidental death. Said defendant promised, " there is nothing to worry about both you and your husband are fully covered for any type of accidental death."

7. Mrs Werner relied exclusively upon the

7(cont'd) promises, guarantees and representations made by the John Doe defendant, to purchase the Policy.

8. In consideration of the Policy the premiums due were all paid in a timely manner while, the Policy remained in force.

9. On May 14, 2004 Mr. George Werner choked to death; a proper and timely claim for indemnification was conveyed to SLIC.

10. Per letter dated July 26, 2004, SLIC's claim specialist wrongfully denied Mrs. Werner's claim for indemnification.

## Claims

11. The defendants' became liable to pay the indemnification promised, but through negligence and bad faith failed to do so.

12. Defendants knowingly misrepresented material facts concerning the terms of the Policy with the intent to induce Mrs Werner to make a purchase of the Policy.

13. Mrs. Werner did, in fact, rely upon aforesaid misrepresentations when deciding whether to purchase the Policy.

14. Defendant SLIC negligently failed to properly hire, train and supervise its employees relative to being forthright and honest in response to inquiries by prospective customers.

15. Defendants' are liable for the acts of their predecessors, officers, employees, agents and all those acting in concert.

16. All condition precedent to the filing of the instant action have been satisfied.

17. Defendants are liable to the Beneficiary for:
(a) Deceit

12. (Cont'd)

(b) Fraud, and Undue Influence
(c) Fraud in the Inducement
(d) Promissory Fraud
(e) Unfair and Deceptive Business Acts and Practices
(f) Breach of Contract
(g) Breaching Duty of Good Faith and Fair Dealing
(h) Failure to effectuate a prompt, fair and equitable settlement of the claim
(i) Violation of the Wire Fraud Act
(j) Telemarketing Fraud
(k) Intentional failure to effectuate a full fair and meaningful investigation as to all the facts and claims stated herein

Relief Sought

WHEREFORE, the Plaintiff seeks judgment against the Defendants jointly in severally in the amount

of One Million Dollars plus double or treble damages, punitive damages, and all costs and fees, plus interest, respectively.

Plaintiff demands a trial by jury and any relief the Court deems appropriate.

Dated: 8/18/06

Respectfully submitted,
Keith A. Werner
Keith A. Werner, Pro se
Box 100
S. Walpole, MA 02071

Verification

I hereby verify that the foregoing is true, accurate and correct.

Keith A. Werner
8/18/06

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Keith A. Werner

**DEFENDANTS** Stonebridge Life Insur. Co.
One John Doe Defendant

(b) County of Residence of First Listed Plaintiff Norfolk, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Rutland VT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro se Box 100
S. Walpole MA 02071

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only) ?

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☒ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | PERSONAL INJURY<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | PERSONAL INJURY<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>PERSONAL PROPERTY<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>PROPERTY RIGHTS<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |
| REAL PROPERTY<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | CIVIL RIGHTS<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | PRISONER PETITIONS<br>☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | LABOR<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | SOCIAL SECURITY<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>FEDERAL TAX SUITS<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: FRAUD, PROMISSORY; WRONGFUL DENIAL OF INSURANCE BENEFIT (?)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ One Million Dollar
CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** N/A (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 8/18/06 SIGNATURE OF ATTORNEY OF RECORD Keith A Werner Pro se

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ✓ JUDGE 1011 MAG. JUDGE ______

2:06-cv-174