U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2006 DEC -6 AM 9:56
BY [signature]
DEPUTY CLERK

Keith A. Werner*
Box 8200
Cranston, R.I. 02920

November 29, 2006

Clerk, U.S. District Court
P.O. Box 945
Burlington, VT 05402-0945

Re: Werner v. Stonebridge Life Insur. Co.
No 2:06-cv-174-wks

Dear Clerk,

Please note for the record that the above-listed address is my NEW ADDRESS.

On September 13, 2006, your office issued Summons as to Stonebridge Life Insurance Co, John Doe. To date, the

---

* Pro se



(12)

U.S. Marshal Service has not effected service of process. Thus, 107-days have elapsed since the issuance of the summons. I am very concerned about the 120-day constraint-period imposed by Rule 4, Fed. R. Civ. P.. Further, with all due respect, 107-days is a protracted period of time to effect service.

My family and I have both contacted the U.S. Marshal Service, politely expressing my concerns, providing the address for the defendants' attorney for service, and making inquiries as to when service is expected to be made. My letters have gone unanswered and my family did not receive a return call.

Please: CONSTRUE THIS LETTER TO BE A MOTION FOR A CONTINUANCE TO EFFECT SERVICE, OR ALTERNATIVELY, A MOTION TO STAY OR HOLD IN ABEYANCE THE INSTANT ACTION UNTIL SERVICE IS EFFECTED BY THE U.S. MARSHAL SERVICE. I would also request that this problem is

brought to the attention of Judge Sessions, I am certain a telephone call from the Chief Judge, or the Clerk, to the U.S. Marshal will immediately get the ball rolling. When judges speak, everyone listens....

As you can tell from the correspondence in my case file, I am very eager to have the defendants' served, receive their Answer and Motion to Dismiss, and proceed full speed ahead with this case.

Thank you very much for your time.

Respectfully,
Keith A. Werner
Keith A. Werner, Pro se