Case 2:06-cv-00174-wks Document 15 Filed 12/27/2006 Page 1 of 3

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2006 DEC 27 PM 12: 47

BY ____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

KEITH A. WERNER,
Plaintiff

v. No. 2:06-cv-000174-wks

STONEBRIDGE LIFE INSURANCE CO, ET AL
Defendants

MOTION TO TAKE JUDICIAL NOTICE

Plaintiff, Keith A. Werner, Pro se, respectfully requests this Honorable Court to take judicial notice of the following facts:

1. On December 18, 2006[1], the plaintiff filed with this Court his "Notice to Amend Plaintiff's Verified Civil Action, As A Matter of Course."
2. That, as of December 19, 2006, the

---

1. The date the documents are placed in the prison mail is the date deemed filed, Houston v. Lack, 487 US 266



(15)

2. (cont'd) defendants have not filed a responsive pleading relative to the instant action, or any other documents for that matter.

Rule 201(d), Fed. R. Evid state that "a court shall take judicial notice if requested by a party and supplied with the necessary information."

Massachusetts – and, presumably Vermont – common law follows the general rule that a court is duty bound to take judicial notice of its own records. Docket entries are the proper subject of judicial notice. Town of Brookline v. Goldstein, 447 NE 2d 641, 644 (1983) (Mass.) (a court may properly take notice of the pleadings filed and date stamped); Harrison v. Krauss, 233 NE 2d 301 (1968); Howe v. Prokop, 484 NE 2d 1029, 1031 (Court can take notice of its own docket entries and date reflected on the docket)

Plaintiff requests this Court to judicially note the date he filed his Notice

to Amend Plaintiff's Verified Civil Action, as a matter of course. (Emphasis added) so that he will face no opposition from the defendants should they file their Answer or Motion to Dismiss/Strike, or both.

In a somewhat parallel situation it was held that a trial judge may take judicial notice of the date of a writ in an action being tried before him as it affects the statute of limitations, and in that court there had been no action of a particular nature brought by a certain individual. 29 Amer Jur 2d Evidence § 57 (1967); 31 C.J.S. - Evidence § 50 (1) (1964).

WHEREFORE, Plaintiff respectfully requests this Motion be granted.

Dated 12-18-06

Respectfully submitted,
Keith A. Werner
Keith A. Werner
Box 8200
Cranston RI 02920