U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2006 DEC 27 AM 9:50

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

BY W
DEPUTY CLERK

KEITH A. WERNER,
Plaintiff

v. No. 2:06-cv-00174-WKS

STONEBRIDGE INSURANCE CO., ET AL.,
Defendants

PLAINTIFF'S MOTION TO WAIVE LOCAL RULES 26.1(b)1, 26(d)(2)(A)(B)(i, ii and iii) and 26(d)1

Plaintiff, Keith A. Werner respectfully urges this Honorable Court to waive the requirements of Local Rules 26.1(b)(1), ("counsel for the parties must confer and ... must jointly prepare and file a single schedule for the completion of discovery. ...") (emphasis added); 26(d)(1), ("Counsel are obligated to make good faith efforts among themselves to reduce all [the] differences relating to discovery procedures, ...") (emphasis added); and 26(d)(2)(A)(B)(i, ii and iii), (Before filing motions pursuant to Fed. R. Civ. P. 26



17

and 37 the movant must first have conferred in good faith to reduce or eliminate the controversy) ("B Motion with Affidavit, . . ." This section sets forth the procedural requirements relative to discovery conferences with opposing counsel that were unproductive or unsatisfactory).

In support, Plaintiff says:

1. I am incarcerated in a prison that permits inmates one (1) ten (10) minute phone call per month.
2. Any discovery request I make will not be frivolous and will comply with Fed R. Civ. P. 26.
3. I am a pro se prisoner, opposing counsel will, in all likelihood, look down upon me treat me with disdain and not comply with the rule but merely go through the motions.
4. On August 29, 2006, the plaintiff filed this case; to date he has not heard from the defendants. Plaintiff is eager to get this case before a jury. The aforesaid Rules will only cause further delay.
5. The plaintiff is not interested in speaking to his adversary.

WHEREFORE, the instant Motion should be granted.

Dated: 12-18-06

Respectfully submitted,
Keith A. Werner