U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2007 JAN 19 AM 9:11

BY lw DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

KEITH A. WERNER,
Plaintiff

v.

No. 2:06-CV-174-WKS

STONEBRIDGE LIFE INSUR. CO., ET AL
Defendants

PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ANSWER

Plaintiff, Keith A. Werner, respectfully requests this Honorable Court to strike the Defendants' Answer. The basis for this motion is:

1. In direct derogation of Rule 5, Fed. R. Civ. P. defense counsel has not provided the plaintiff with a copy of the pleading or his Notice of Appearance, [No's. 11 and 10, respectively]. These documents were filed with the Court on November 30, 2006

2. Defense has been provided with all charge



29

2 (cont'd) of address information in a seasonable manner.

3. Defense counsel has ignored two letters sent by the plaintiff explaining he has never received a copy of oft-cited documents and requesting to be provided with a copy of such. These requests have been ignored.

4. Pursuant to Rule 7.1(b)(1), Fed. R. Civ. P., defense counsel must file the Disclosure Statement [nongovernmental corporate statements] with his first appearance, pleading or response. The docket entry sheet does not contain an entry that these papers were filed. (Also required by Local Rule 5.2(b).

5. The documents mentioned in Paragraph 4, *supra*, are especially important because the ENE has already sent a list of three (3) potential evaluators. [No. 13]. A conflict of interest may very well exist

6. Defense counsel's failure to comply with Rule 5, Fed. R. Civ. P does not provide me with an opportunity to respond to his Answer. Thus, I have not done such.

3. Defense counsel John P. Faignant graduated law school in 1978, was admitted to practice in both Virginia and the U.S. Court of Appeals for the Second Circuit the same year. In 1980 he was admitted to practice in the U.S. District Court of Vermont thus he has 28-years of familiarity with the Federal Rules of Civil Procedure yet he refuses to comply with such.

This Honorable Court should strike Defendants Answer and bar the defense from raising any defenses contained therein. In view of the totality of the circumstance, this would be fair, equitable and just

Dated: 1-8-07

Respectfully submitted,
Keith A. Werner
Keith A. Werner Pro se
Box 8200
Cranston R.I.

NO Certification

(KAW) ~~I hereby certify that I mailed a~~