U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2007 FEB 16 AM 9:52
BY lw
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

**KEITH A. WERNER,**
**Plaintiff**

**v.** **No. 2:06-CV-174-WKS**

**STONEBRIDGE LIFE INSURANCE COMPANY, ET AL.,**
**Defendants**

**MOTION TO AMEND COMPLAINT**

Plaintiff, KEITH A. WERNER, pursuant to Rules 15(a) and 19(a), Fed.R.Civ.P., requests leave to file an Amended Complaint. The basis for this request is that the Plaintiff has performed a significant amount of pre-Answer investigation and research and has determined he needs to cure defects in his original pleading, state new claims for relief, add new parties, and delete a claim or two.

Discovery has not commenced, and this action is in its infancy. No prejudice will inure to the Defendants.

The Court should grant leave freely to amend a complaint. Fomon v. Davis, 371 U.S. 178, 182 83 S.Ct. 277 (1962); Walton v. Morgan Stanley and Co., 623 F.2d 766, 800 (2nd Cir. 1980).

WHEREFORE, the interests of justice would be best served by granting this Motion. An original copy of the proposed amended complaint is annexed hereto.

Respectfully submitted,

Keith A. Werner

Keith A. Werner, pro se

Dated: January 31, 2007

38

**CERTIFICATION**

I hereby certify a true copy of the within Motion to Amend with the proposed Amended Complaint was mailed, first class mail, to defense counsel, John Paul Faignant, 36 Merchants Row, Box 6688, Rutland, Vermont 05702-6688 on this 10th day of February, 2007.

Keith A. Werner

Keith A. Werner