DPW:mdb 06-287 3/13/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**STIPULATION**

John P. Faignant, Esq. hereby withdraws his appearance as counsel for defendant, Stonebridge Life Insurance Company, and David P. Whitman, Esq., hereby enters his appearance for said defendant.

/s/ John P. Faignant

John P. Faignant, Esq.
MILLER, FAIGNANT & BEHRENS, PC
PO Box 6688
Rutland, VT 05702-6688
Phone: (802) 775-2521

/s/ David P. Whitman

David P. Whitman, Esq. #0552
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

Date: March 19, 2007

**PROOF OF SERVICE**

I hereby certify that on this 19th day of March, 2007, I mailed a true and exact copy of the within *Stipulation* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP

cc: John P. Faignant, Esq.