DPW:mdb 06-287 3/16/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V.

CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**NOTICE OF APPEARANCE**

I, David P. Whitman, Esq. (R.I. Bar No. 0552), hereby enter my appearance on behalf of Defendant, Stonebridge Life Insurance Company.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 19th day of March, 2007, I mailed a true and exact copy of the within *Notice of Appearance* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP