DPW:mdb 06-287 3/23/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**MOTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO STRIKE PLAINTIFF'S "REPLICATION"
(Document No. 34)**

Now comes defendant, Stonebridge Life Insurance Company ("Stonebridge"), in the above-captioned matter and moves this court for an order striking the so-called "replication" (Document No. 34) filed by plaintiff on or about February 2, 2007. As grounds for said motion, Stonebridge relies upon its memorandum of law attached hereto and made a part hereof.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

*In accordance with the provisions of LR Cv 7(e) there is no need for oral argument or an evidentiary hearing.*

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Motion of Defendant, Stonebridge Life Insurance Company, to Strike Plaintiff's "Replication"* to **Keith A. Werner,** *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP

DPW:mdb 06-287 3/22/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, STONEBRIDGE LIFE INSURANCE COMPANY'S, MOTION TO STRIKE PLAINTIFF'S "REPLICATION" (Document No. 34)**

Defendant, Stonebridge Life Insurance Company ("Stonebridge"), has filed a motion to strike the so-called "replication" of plaintiff (Document No. 34). This memorandum is offered in support of said motion to strike.

***Facts and Travel***

On or about February 7, 2007, plaintiff filed a so-called "replication" (Document No. 34). Plaintiff never secured an order from the court allowing such a document to be filed.

***Argument***

Common law rules of pleading were, of course, abolished by the institution of the Federal Rules of Civil Procedure in 1937. The stated purpose of such rules was to provide for the just, speedy, and inexpensive adjudication of every action. Fed.R.Civ.P. 1. This was a joint effort by Congress and the courts to simplify and clarify the rules and do away with the arcana character of common law pleadings.

Under Fed. R. Civ. P. 7, plaintiff's purported response to Stonebridge's answer, termed by the plaintiff as a "replication", is specifically prohibited except by court order, granted upon motion of the party seeking to file the reply. The provisions of Fed. R. Civ. P. 7 are clear. There shall be a complaint and an answer. In this matter, there is a complaint and an answer. The only way in which a reply to an answer is allowed (especially one which does not assert a counterclaim) is if a court specifically orders a reply to be filed. Here, plaintiff has filed no motion presenting grounds justifying additional pleading of this kind.

Neither the United States District Court for the District of Vermont nor this District Court has allowed plaintiff to file a reply to the answer of Stonebridge. There is no basis in the Rules for such a reply ("replication") absent a court order allowing the same. Therefore, such so-called "replication" should be stricken.

WHEREFORE, on the basis of the foregoing argument and authority, Stonebridge respectfully prays that this court grant its motion to strike plaintiff's replication to its answer (Document No. 34).

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Memorandum of Law in Support of Defendant, Stonebridge Life Insurance Company's Motion to Strike Plaintiff's "Replication"* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

______________________________________

of Hanson Curran LLP