DPW:mdb 06-287 3/23/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**OBJECTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO PLAINTIFF'S MOTION FOR CONTINUANCE
TO EFFECT SERVICE
(Document No. 47)**

Now comes defendant, Stonebridge Life Insurance Company ("Stonebridge"), in the above-captioned matter and objects to plaintiff's motion for continuance to effect service (Document No. 47). As grounds for said objection, Stonebridge relies upon its memorandum of law attached hereto and made a part hereof.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,
HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

*In accordance with the provisions of LR Cv 7(e) there is no need for oral argument or an evidentiary hearing.*

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Motion for Continuance to Effect Service* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP

DPW:mdb 06-287 3/22/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION OF DEFENDANT, STONEBRIDGE LIFE INSURANCE COMPANY, TO PLAINTIFF'S MOTION FOR CONTINUANCE TO EFFECT SERVICE (Document No. 47)**

Defendant, Stonebridge Life Insurance Company ("Stonebridge"), has filed an objection to plaintiff's motion for a continuance to effect service (Document No. 47). This memorandum is offered in support thereof.

***Facts and Travel***

A responsive pleading, *to wit*, an answer, was already filed by Stonebridge on or about November 17, 2006. Stonebridge did not raise service of process or any related affirmative defense in said answer and therefore, any such defense is waived.

***Argument***

Under Rule 12 of the Federal Rules of Civil Procedure, "waiver generally will be found if the defenses of lack of jurisdiction over the person and insufficiency of service of process are neither raised by motion under Fed.R.Civ.P. 12, nor in a responsive pleading." *Mitchell v. Hobbs*,

951 F.2d 417, 422 (1st Cir. 1991). "Under Fed.R.Civ.P. 12(b) and 12(h)(1), the defense of insufficiency of process is waived if not raised in the answer (or in a motion filed prior to or contemporaneously with the answer)." *Rogue v. U.S.*, 857 F.2d 20, 21 (1st Cir. 1988). Since the answer of Stonebridge is before the court with no affirmative defense as to service, then there is a conclusive presumption that service upon Stonebridge has been effected. Therefore, plaintiff's motion for a continuance to effect service is moot.

WHEREFORE, on the basis of the foregoing argument and authorities, defendant, Stonebridge, requests that this court deny plaintiff's motion for a continuance to effect service (Document No. 47).

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,
HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Memorandum of Law in Support of Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Motion for Continuance to Effect Service* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP