DPW:mdb 06-287 3/23/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**OBJECTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE
(Document No. 48)**

Now comes defendant, Stonebridge Life Insurance Company ("Stonebridge"), in the above-captioned matter and objects to plaintiff's motion to take judicial notice (Document No. 48). As grounds for said objection, Stonebridge relies upon its memorandum of law attached hereto and made a part hereof.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

*In accordance with the provisions of LR Cv 7(e) there is no need for oral argument or an evidentiary hearing.*

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Motion to Take Judicial Notice* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP

DPW:mdb 06-287 3/22/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION OF DEFENDANT, STONEBRIDGE LIFE INSURANCE COMPANY, TO PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE (Document No. 48)**

Defendant, Stonebridge Life Insurance Company ("Stonebridge"), has filed an objection to plaintiff's motion to take judicial notice (Document No. 48). This memorandum is offered in support of such objection.

***Facts and Travel***

Plaintiff, on or about December 18, 2006, filed a "Motion to Take Judicial Notice" (Document No. 48). It appears that plaintiff intended this to be some sort of request for entry of default against Stonebridge.

Somehow, plaintiff claims that he was never served by Stonebridge with a copy of the answer of Stonebridge which was filed in the United States District Court for the District of Vermont. According to the "**CERTIFICATE OF SERVICE**" [Exhibit A, attached], a copy of the notice of appearance and answer was sent to the plaintiff at PO Box 100, South Walpole, MA

02071, instead of his current address, PO Box 8200, Cranston, RI 02920. Indeed, as of the date the court documents were pulled off Pacer by Stonebridge, on or about March 13, 2007, this court still had plaintiff's former address listed as his current address.

In any event, plaintiff did receive the answer of Stonebridge because he attempted to file a "replication" thereto, on or about January 24, 2007 (Court Document No. 34).

***Argument***

Plaintiff can't secure a default against Stonebridge for failing to file a responsive pleading since, as referenced above, Stonebridge did file a responsive pleading, *to wit*, an answer. Therefore, plaintiff's motion to take judicial notice (Motion for Entry of Default) is moot.

WHEREFORE, in accordance with the argument and authorities cited above, defendant prays that this court deny plaintiff's motion to take judicial notice (Motion for Entry of Default) as moot. (Court Document No. 48).

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Memorandum of Law in Support of Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Motion to Take Judicial Notice* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP