DPW:mdb 06-287 3/23/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**OBJECTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO PLAINTIFF'S MOTION FOR ISSUANCE OF
LETTERS ROGATORY
(Document No. 49)**

Now comes defendant, Stonebridge Life Insurance Company ("Stonebridge"), in the above-captioned matter and objects to plaintiff's motion for issuance of letters rogatory (Document No. 49). As grounds for said objection, Stonebridge relies upon its memorandum of law attached hereto and made a part hereof.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,
HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

*In accordance with the provisions of LR Cv 7(e) there is no need for oral argument or an evidentiary hearing.*

## PROOF OF SERVICE

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Motion for Issuance of Letters Rogatory* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP

DPW:mdb 06-287 3/22/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**MEMORANDUM OF LAW
IN SUPPORT OF
OBJECTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO PLAINTIFF'S MOTION FOR ISSUANCE OF
LETTERS ROGATORY
(Document No. 49)**

Defendant, Stonebridge Life Insurance Company ("Stonebridge"), has filed an objection to plaintiff's motion for issuance of letters rogatory (Document No. 49). This memorandum is offered in support of such objection.

***Facts and Travel***

Plaintiff has sought an order from this court to issue letters rogatory directed to state courts in Rutland County, Vermont and the Superior Court within and for the county of Providence in the State of Rhode Island seeking a variety of documents including property owned by Stonebridge and property owned by three alleged officers of Stonebridge. The basis for said motion is plaintiff's alleged poverty.

***Argument***

Plaintiff's motion seeks a "laundry list" of documents from various entities, none of which appears to have any bearing upon any of the issues raised in plaintiff's complaint, nor do any of these materials sought appear to be reasonably calculated to lead to the discovery of admissible evidence. Whatever property might be owned by Stonebridge or officers of Stonebridge is of no bearing whatsoever in regard to the question as to whether plaintiff is entitled to any recovery upon the subject group accident insurance policy.

In Federal Practice, "a letter rogatory is defined as the medium, in effect, whereby one country, speaking through one of its courts, requests another country, acting through its own courts and by methods peculiar thereto and entirely within the latter's control, to assist the administration of justice in the former country[.]" *DBMS Consultants Ltd. v. Computer Associates International, Inc.*, 131 F.R.D. 367 (D.Mass. 1990). Here, it appears that plaintiff seeks issuance of a letter rogatory as a substitute for discovery. The appropriate method of securing documents from an opposing party, however, is to file an appropriate request for production of the same. This the plaintiff could do, but he has chosen not to do so.

Plaintiff has failed to make any viable claim as to specific documents which he requires from specific entities which are necessary to the prosecution of his complaint or, at the least, may lead to the discovery of admissible evidence. Plaintiff is not entitled to have this court, in effect, run interference for him in regard to his motion.

WHEREFORE, on the basis of the foregoing argument and authorities, Stonebridge requests that this court deny plaintiff's motion for issuance of letters rogatory (Document No. 49).

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Memorandum of Law in Support of Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Motion for Issuance of Letters Rogatory* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP