DPW:mdb 06-287 3/23/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**OBJECTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S ANSWER
(Document No. 51)**

Now comes defendant, Stonebridge Life Insurance Company ("Stonebridge"), in the above-captioned matter and objects to plaintiff's motion to strike defendant's answer (Document No. 51). As grounds for said objection, Stonebridge relies upon its memorandum of law attached hereto and made a part hereof.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,
HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

*In accordance with the provisions of LR Cv 7(e) there is no need for oral argument or an evidentiary hearing.*

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Motion to Strike Defendant's Answer* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP

DPW:mdb 06-287 3/22/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION OF DEFENDANT, STONEBRIDGE LIFE INSURANCE COMPANY, TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER (Document No. 51)**

Defendant, Stonebridge Life Insurance Company ("Stonebridge"), has filed its objection to plaintiff's motion to strike defendant's answer (Document No. 51). This memorandum is offered in support of said objection.

***Facts and Travel***

Plaintiff claims that he failed to receive the answer filed by Stonebridge in the United States District Court for the District of Vermont. As noted in its memorandum in opposition to plaintiff's motion to take judicial notice (Motion for Entry of Default), Stonebridge states that there is no question that it filed its answer with the Court on November 30, 2006. According to the "**CERTIFICATE OF SERVICE**" (Exhibit A, attached), a copy of the notice of appearance and answer was sent to plaintiff at his place of incarceration within the Commonwealth of Massachusetts, *i.e.*, PO Box 100, South Walpole, MA 02071, before he was transferred to the care of the Department of Corrections of the State of Rhode Island. Indeed, as pointed out in that memorandum in regard to Document No. 48, this court still lists plaintiff's mailing address as to

his incarceration within the Commonwealth of Massachusetts although he has, apparently, been incarcerated within the State of Rhode Island since some time in November. Indeed, he advised the clerk of the Federal District Court in Vermont on November 29, 2006 that his "new" address was now PO Box 8200, Cranston, RI 02920.

***Argument***

In any event, there is no question that plaintiff did receive a copy of the answer of Stonebridge at least by the date he filed the instant motion to strike, January 8, 2007. There is no indication whatsoever that plaintiff's failure to promptly receive a copy of the answer of Stonebridge was in any respect intentional on the part of Stonebridge. Plaintiff was in no respect prejudiced by his failure to promptly receive such answer.

The answer of Stonebridge was filed. The issue has been joined. There is no basis anymore for plaintiff's motion to strike the answer of Stonebridge. Therefore, this court should deny plaintiff's motion.

WHEREFORE, on the basis of the foregoing argument and authorities, this court should deny plaintiff's motion to strike the answer of Stonebridge (Document No. 51).

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,
HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Memorandum of Law in Support of Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Motion to Strike Defendant's Answer* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP