UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| KEITH A. WERNER | ) | |
| | ) | CASE NO: 2:06-cv-177 |
| V. | ) | |
| | ) | |
| STONEBRIDGE LIFE INSURANCE | ) | |
| COMPANY, ONE JOHN DOE | ) | |
| DEFENDANT | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2006, I served a true and correct copy of Defendant Stonebridge's Notice of Appearance and Answer to the following person(s) as follows:

Keith A. Werner
Box 100
South Walpole, Ma 02071

via first class mail.

DATED this 17 day of November, 2006.

MILLER FAIGNANT & BEHRENS, P.C.

BY: [signature]
John Paul Faignant, Esquire
Attorney for Defendant Stonebridge Life
Insurance Company

ER FAIGNANT
EHRENS P.C.
ORNEYS AT LAW
O. BOX 6686
S. ROUTE 7 NORTH
ID, VERMONT 05702

EXHIBIT
A