DPW:mdb 06-287 3/23/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**OBJECTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO PLAINTIFF'S REQUEST FOR DECLARATORY RELIEF
OR, ALTERNATIVELY, FOR A COURT ORDER
(Document No. 55)**

Now comes defendant, Stonebridge Life Insurance Company ("Stonebridge"), in the above-captioned matter and objects to plaintiff's motion for declaratory relief or, alternatively, for a court order (Document No. 55). As grounds for said objection, Stonebridge relies upon its memorandum of law attached hereto and made a part hereof.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,
HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

*In accordance with the provisions of LR Cv 7(e) there is no need for oral argument or an evidentiary hearing.*

## PROOF OF SERVICE

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Request for Declaratory Relief or, alternatively, for a Court Order* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP

DPW:mdb 06-287 3/22/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**MEMORANDUM OF LAW IN SUPPORT OF
OBJECTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO PLAINTIFF'S REQUEST FOR DECLARATORY RELIEF
OR, ALTERNATIVELY, FOR A COURT ORDER
(Document No. 55)**

Defendant, Stonebridge Life Insurance Company ("Stonebridge"), has filed an objection to plaintiff's motion for declaratory relief or, alternatively, for a court order (Document No. 55). This memorandum is offered in support of said objection.

***Facts and Travel***

Plaintiff has filed yet a further motion for exemption from Local Rules of the United States District Court for the District of Vermont in regard to Early Neutral Evaluation ("ENE"). Document No. 55 was plaintiff's effort to avoid having to participate in the Early Neutral Evaluation ("ENE") program run by the United States District Court for the District of Vermont. Although this District does have a very well-developed Alternative Dispute Resolution ("ADR") program, no such notice has issued in regard to the instant matter.

***Argument***

There is no question that no ADR order of any sort has been issued by this court in regard to this matter. Therefore, plaintiff's motion for an exemption from local rules should be denied as moot.

WHEREFORE, on the basis of the foregoing argument and authorities, Stonebridge prays that this court deny plaintiff's motion for exemption from local rules as to ADR (Document No. 55).

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I mailed a true and exact copy of the within *Memorandum of Law in Support of Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Request for Declaratory Relief or, alternatively, for a Court Order* to **Keith A. Werner**, *Pro Se*, Box 8200, Cranston, RI 02920.

/s/ David P. Whitman

of Hanson Curran LLP