DPW:mdb 06-287 3/19/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**AFFIDAVIT OF COLLEEN GIZINSKI**

Now comes Colleen Gizinski and under oath deposes and says as follows:

1. I am, and for the past six (6) years have been Vice President, Operations with Stonebridge Life Insurance Company ("Stonebridge") in Baltimore, Maryland.

2. In my capacity as Vice President, Operations with Stonebridge, I have access to records of Certificates of Insurance and Group Accident Insurance policies issued by Stonebridge and can verify such certificates and policies in accordance with the business records kept by Stonebridge.

3. Attached hereto as Exhibit A is a true and correct specimen of Certificate of Insurance No. 84AE3E2730 with an effective date of May 8, 1997 issued by J.C. Penney Life Insurance Company, now known as Stonebridge Life Insurance Company to George L. Werner, formerly resident at 650 East Greenwich Avenue, Apt. 301, West Warwick, RI 02893. The certificate was issued pursuant to Group Accident Insurance Policy No. 25494 GC346 originally issued by J.C. Penney Life Insurance Company to AT&T Universal Card Services Corporation,

as policyholder, later amended, by endorsement effective July 1, 1998, to CitiBank (South Dakota), N.A., as policyholder, and, further amended, by endorsement effective January 1, 2002, to change the "Company" name to Stonebridge.

4. Attached hereto as Exhibit B is a true and exact copy of said Group Accident Insurance Policy No. 25494 GC346 originally issued by J.C. Penney Life Insurance Company to AT&T Universal Card Services Corporation, as policyholder, later amended, by endorsement effective July 1, 1998, to CitiBank (South Dakota), N.A., as policyholder, and, further amended, by endorsement effective January 1, 2002, to change the "Company" to Stonebridge.

Colleen Gizinski

Colleen Gizinski

STATE OF MARYLAND
CITY OF BALTIMORE

Subscribed and sworn to before me this 22nd day of March, 2007.

Michelle L. Cromer

Notary Public
My Commission Expires: 4/1/2008

MICHELLE L. CROMER
NOTARY PUBLIC
BALTIMORE CITY, MD