# Stonebridge Life Insurance Company

**A STOCK COMPANY**
**Home Office:** Rutland, Vermont
**Administrative Office:** 2700 West Plano Parkway
Plano, Texas 75075

# CERTIFICATE OF INSURANCE

Person(s) insured and Schedule of Insurance are shown on the Schedule Page. Place the Schedule Page with your Certificate for safekeeping.

**Stonebridge Life Insurance Company** (herein called "we," "us" or "our") has issued Policy No. 25494 GC346 to CITIBANK (SOUTH DAKOTA), N.A.
(herein called Policyholder) which makes available accidental death and dismemberment insurance for eligible persons.

We agree to pay the benefits herein provided with respect to the person(s) insured hereunder, subject to all terms of the Policy.

**RIGHT TO EXAMINE CERTIFICATE**

If you are not satisfied with this insurance, you may void it by returning this Certificate within 90 days after you receive it to our Administrative Office. You will receive a full refund of any premium you have paid.

This Certificate supersedes any Certificate previously issued to you under the Policy. You and any Covered Person may qualify under one Certificate only. If any person is insured under more than one Certificate, we will consider that person to be insured under the Certificate which provides the greatest amount of coverage. Upon discovery of the duplication, we will refund any duplicated payments which may have been made on behalf of that person. The records maintained by the Policyholder shall determine the insurance provided under the Policy for any Insured. Important provisions of the Policy are outlined below.

Craig S. Vernon — Secretary

Marilyn Carp — President

**INSURED:** **CERTIFICATE NUMBER:** 84AE3E2730

GEORGE L WERNER
650 E GREENWICH AVE APT 301
WEST WARWICK RI 02893

**GROUP ACCIDENT INSURANCE**
**PROVIDING ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS**

EXHIBIT A

## DEFINITIONS

**INSURED** (herein called "you," "your," or "yours") means you, the Insured named on the Schedule Page, provided coverage has become effective.

**COVERED PERSON** means, for coverage purposes only, you and the following persons, provided coverage has become effective:

1. your spouse; and
2. each of your children (including step-children, children born to or legally adopted, or children in the waiting period prior to finalization of proposed adoption by either you or your spouse) 18 years of age or younger, unmarried and dependent upon you for support and maintenance; and
3. your unmarried child 19 years of age but less than 23 years of age if the child is:
   a. a full-time student; and
   b. dependent upon you for support and maintenance.

**INJURY** means bodily Injury which:

1. is caused by an accident which occurs while this insurance is in force under the Policy; and
2. results in Loss covered by the Policy; and
3. creates a Loss due, directly and independently of all other causes, to such accidental bodily Injury.

**INJURED** means having suffered an Injury.

**LOSS** means:

1. Loss of Life;
2. with reference to hand or foot, complete severance at or above the wrist or ankle joint;
3. with reference to eye, the total and irrecoverable loss of the entire sight thereof.

Loss does not mean loss of use.

**PRIVATE PASSENGER AUTOMOBILE** means a four-wheeled automobile which is not licensed to carry passengers for hire and which is of the pleasure type, including a station wagon, van, jeep, or truck type with a factory rating load capacity of 2,000 pounds or less or self-propelled motor home type vehicles.

Farm equipment and forklifts are specifically excluded under Private Passenger Automobile.

**LAND MOTOR VEHICLE** includes any gasoline, diesel, or similarly powered vehicle customarily used for transportation on land and for which the operator is required to be licensed.

This category includes, but is not limited to the following:

1. vehicles considered "Private Passenger Automobiles" by the Policy; and
2. two-wheeled vehicles such as motorcycles and motorscooters; and
3. vehicles with more than four wheels, such as tractor/trailer rigs and flat bed trucks.

Farm equipment and forklifts are specifically excluded under Land Motor Vehicle.

**COMMON CARRIER** means an air, land, or water public conveyance operated under a license for regularly scheduled passenger service.

## WHEN YOUR INSURANCE BEGINS

You shall not have coverage unless an enrollment form, if required, and premium have been received and approved by us. Your coverage will become effective on the Certificate Effective Date shown on the Schedule Page, provided we receive the initial premium within 21 days of the Certificate Effective Date and while you are alive. Certificate anniversaries shall be measured annually from the Certificate Effective Date.

## WHEN YOUR INSURANCE ENDS

Your insurance ends on the last day of the period covered by your last premium contribution.

## COVERAGE

### PART I - BENEFIT FOR TRAVEL BY COMMON CARRIER

If a Covered Person is Injured as a direct result of a collision, crash or sinking of a duly licensed Common Carrier while riding as a fare-paying passenger inside such Common Carrier, we will pay the applicable benefit listed in Part I of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits below.

### PART II - BENEFIT FOR TRAVEL BY PRIVATE PASSENGER AUTOMOBILE AND LAND MOTOR VEHICLE ACCIDENTS

If a Covered Person is Injured:

1. by being struck by a Private Passenger Automobile; or
2. as a direct result of a collision or crash of a private Passenger Automobile; or
3. by being struck by a Land Motor Vehicle; or
4. while driving for hire a Land Motor Vehicle,

we will pay the applicable benefit specified in Part II of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits below. As used in the Policy, driving for hire a Land Motor Vehicle means operating for hire the Land Motor Vehicle as its driver while inside such Land Motor Vehicle and while such Land Motor Vehicle is moving under its own power.

### PART III - BENEFIT FOR ALL OTHER INJURIES RESULTING IN A LOSS

If a Covered Person is Injured in an accident not covered under Part I or Part II and not otherwise excluded in the Policy, we will pay the applicable benefit specified in Part III of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits below.

## SCHEDULE OF BENEFITS

### ACCIDENTAL DEATH AND DISMEMBERMENT

If, as a result of Injury occurring under any of the circumstances listed in the Coverage section above, and not otherwise excluded, a Covered Person suffers any of the following Losses within 90 days after the date of an accident which caused such Injury, we will pay the benefit shown below:

| SCHEDULE OF LOSSES AND BENEFITS UNDER PART I, PART II, AND PART III | |
|---|---|
| **LOSS** | **BENEFIT** |
| LIFE | THE PRINCIPAL SUM |
| Both Hands or Both Feet or Sight of Both Eyes | The Principal Sum |
| One Hand and One Foot | The Principal Sum |
| One Hand and Sight of One Eye | The Principal Sum |
| One Foot and Sight of One Eye | The Principal Sum |
| One Hand or One Foot or Sight of One Eye | One-Half the Principal Sum |

Principal Sums for each Covered Person are as specified on the Schedule Page. Only one of the above benefits, the largest, will be paid for multiple Losses that result from one accident for each Covered Person.

"Loss" as used above with reference to hand or foot means complete severance at or above the wrist or ankle joint, and as used with reference to eye means the total and irrecoverable loss of the entire sight thereof.

Loss does not mean loss of use.

## EXCLUSIONS

No benefit shall be paid for Injury that:

1. is intentionally self-inflicted, while sane or insane;
2. is due to a war or act of war, whether declared or not;
3. occurs while the Covered Person is taking or using any narcotic, barbiturate or any other drug, unless taken or used as prescribed by a Physician;
4. occurs while the Covered Person's blood alcohol level is .10 percent weight by volume or higher;
5. occurs while the Covered Person is acting either as a pilot or crew member or while a passenger, other than a fare-paying passenger, in any aircraft;
6. occurs while the Covered Person is committing or attempting to commit an assault or felony;
7. is due to disease, bodily or mental infirmity, or medical or surgical treatment of these; or
8. does not directly and independently of all other causes create a Loss.

## RENEWAL CONDITIONS

You may keep this Certificate in force for as long as you live. We do not have the right to:

1. cancel your coverage; or
2. place any restriction on your coverage while it is in force; or
3. refuse a premium paid on or before the date due or within the Grace Period.

Renewal premiums may not be increased.

When a person is added to or dropped from coverage, the premium amount due as of the next premium due date may be adjusted to reflect the change in coverage. Renewal premiums are due on the first day of each renewal period. Your coverage will expire if the premium is not paid by the end of the Grace Period.

You may cancel your coverage upon notice to us. Notice is deemed to be due or given when made in writing, communicated verbally by telephone or in person, or by any other means acceptable to us.

## BENEFICIARY

All benefits are payable to you, if living. Unless you specify otherwise, any other benefit due for Loss of Life will be paid as follows:

1. At your death, it will be paid to your spouse, if living; otherwise, equally to your then living lawful children, if any, (including step-children and adopted children); otherwise, equally to your then living parents or parent; otherwise to your estate.
2. At the death of any other Covered Person, it will be paid to you, if living; otherwise, as though it were payable under (1) above.

Any payment made under this section will fully release the Company to the extent of the payment. The beneficiaries designated may be changed in accordance with the Change of Beneficiary Provision, subject to the community property laws in your state of residence.

## CONTINUATION OF COVERAGE

In the event of your death, your covered spouse, if any, shall be deemed the Insured. Otherwise, the coverage will terminate on the next renewal date. If your spouse ceases to be your spouse for reasons other than your death, your spouse will no longer be covered as of the next monthly renewal date.

Coverage for any dependent child insured under this Certificate shall terminate as of the next renewal date after the child's marriage or 19th birthday.

A child may continue to be covered if upon reaching age 19 the child is, and continues thereafter to be, both:

1. incapable of self-sustaining employment by reason of mental retardation or physical handicap; and
2. chiefly dependent upon you for support and maintenance.

You must write and tell us a child meets the above requirements for Continuation of Coverage. We may require periodic proof of continued eligibility for Continuation of Coverage.

## CONVERSION

The covered child or spouse whose coverage ceases may apply for his or her own Certificate within 31 days after coverage ceases. No evidence of insurability will be required. The new Certificate will be issued:

1. on our form at that time with benefits most like but not greater than those of this Certificate; and
2. at the adult rate for the attained age of the person at that time.

The Effective Date of Coverage under the new Certificate will be the same as the Effective Date of Coverage under this Certificate. We will not pay under the new Certificate for any Loss for which benefits have been paid under this Certificate.

## NEWBORN CHILDREN

A child born to you while your Certificate is in force will be covered from the time of birth. You must write and tell us of the birth of a child.

If any children are already covered under this Certificate, the benefit amount will be the same as for other children. If no other child is covered under this Certificate, the benefit will be the amount which would have been issued to children as of the Effective Date of the Certificate.

## GENERAL PROVISIONS

### ENTIRE CONTRACT

Your Certificate is furnished in accordance with and subject to the terms of the Policy. It is not part of the Policy, but it is evidence of the insurance provided under the Policy. The Policy and any attachments form the entire contract of insurance. No agent may change or waive any provisions of the Policy under which this coverage is provided.

### CHANGE OF BENEFICIARY

You may change the beneficiary at any time by writing to us at 2700 West Plano Parkway, Plano, Texas, 75075 or to the Policyholder. Once we record the change, it will take effect as of the day you signed the request, subject to any claim payment made before such recording. The consent of the beneficiary is not needed for the change, unless the beneficiary designation was irrevocable.

**PAYMENT OF PREMIUM**

All premiums due by the terms of the Policy shall be paid by the Policyholder to our Administrative Office on or prior to the day they are due.

For the first 3 months of coverage, the premium will be paid by the Policyholder.

You are required to contribute 100 percent of the premium payable under this Certificate after the first 3 months. If at any time the Policyholder refuses to accept such contributions and pay the premium for you, you may pay such premium directly to our Administrative Office on or prior to the day it is due.

**GRACE PERIOD**

If a premium is not paid when due, the insurance shall be in default. We will allow a 31 day Grace Period to pay each premium after the first one. If a premium is not paid on or before the end of the Grace Period, the insurance shall terminate.

**REINSTATEMENT**

Your Certificate will lapse if you do not pay your premium before the end of the Grace Period. If we later accept a premium and do not require an application for reinstatement, that payment will put the Certificate back in force. If we require an application for reinstatement, this Certificate will be put back in force when we approve it. If we do not approve it, this Certificate will be put back in force on the 45th day after the date of application for reinstatement, unless we give you prior written notice of its disapproval.

The reinstated Certificate only covers Loss due to an Injury that is received after the date of reinstatement. In all other respects, you and we have the same rights under the Certificate as were in effect before it lapsed, unless special conditions are added in connection with the reinstatement.

**NOTICE OF CLAIM**

Written Notice of Claim must be given to us within 30 days after any Loss covered under the Policy occurs or as soon as possible thereafter. You may give the notice or may have someone do it for you. The notice should include your name and Certificate number as shown on the Schedule Page. Notice should be mailed to us at P. O. Box 869090, Plano, Texas, 75086-9916.

**CLAIM FORMS**

When we receive the Notice of Claim, we will send the claimant forms for filing Proof of Loss. If we do not send the forms within 15 days, the claimant can meet the Proof of Loss requirement by providing us with a written statement describing what happened. We must receive this statement within the time given for filing Proof of Loss.

**PROOF OF LOSS**

Written Proof of Loss must be given to us within 90 days after the date of the Loss or as soon as possible thereafter. Proof must, however, be furnished no later than one year from the time it is otherwise required, except in the absence of legal capacity.

**MISSTATEMENT OF AGE**

If the age of a Covered Person has been misstated, all amounts payable shall be in the amount the premium paid would have bought for the correct age. If, as a result of misstatement, we accept a premium for any period when coverage would not normally have been in effect, then our liability for such period shall be a refund, upon request, of all premiums paid for such period.

**TIME OF PAYMENT OF CLAIMS**

We will pay all benefits covered by the Policy as soon as we receive proper written Proof of Loss sufficient to determine liability.

**PAYMENT OF CLAIMS**

All benefits are payable to you, if living. Loss of Life benefits for you are payable in accordance with the beneficiary designation in effect at the time of payment. Other benefits will be paid to you. Any other benefits, other than for Loss of Life, unpaid at your death may be paid, at our option, either to your beneficiary or estate.

**PHYSICAL EXAM AND AUTOPSY**

At our expense, we shall have the right to examine a Covered Person when and as often as is reasonable while a claim is pending. We may also have an autopsy done in case of death where it is not forbidden by law.

**LEGAL ACTIONS**

No action can be brought to recover on the Policy for at least 60 days after written Proof of Loss has been furnished. No such action shall be brought more than 3 years after the date Proof of Loss is required.

# STONEBRIDGE LIFE INSURANCE COMPANY

## SCHEDULE PAGE

This Schedule Page is part of your Certificate. It supersedes any Schedule Page bearing an earlier Effective Date issued under Master Policy No. 25494 GC346 to CITIBANK (SOUTH DAKOTA), N.A.

CERTIFICATE NUMBER: 84AE3E2730

EFFECTIVE DATE: 05-08-97

MONTHLY PREMIUM: $9.95

INSURED: GEORGE L WERNER
650 E GREENWICH AVE APT 301
WEST WARWICK RI 02893

FAMILY COVERAGE: YES

PREMIUM CONTRIBUTION: 100% AFTER THE FIRST 3 MONTHS

SCHEDULE OF INSURANCE

| PRINCIPAL SUMS FOR LOSS UNDER: | AMOUNT | | |
|---|---|---|---|
| | INSURED | SPOUSE | EACH CHILD |
| PART I<br>COMMON CARRIER | $1,000,000 | $100,000 | $20,000 |
| PART II<br>PRIVATE PASSENGER AUTOMOBILE AND LAND MOTOR VEHICLE ACCIDENTS | $100,000 | $50,000 | $5,000 |
| PART III<br>ALL OTHER INJURIES | $25,000 | $10,000 | $5,000 |

For 24/7 service, visit www.stonebridgelife.com