# J.C. Penney Life Insurance Company

**A STOCK COMPANY**
**Home Office:** Rutland, Vermont
**Administrative Office:** 2700 West Plano Parkway
Plano, Texas 75075

**J.C. Penney Life Insurance Company**
(Herein called the Company)

Having issued this Policy to

**AT&T UNIVERSAL CARD SERVICES CORPORATION**

(Herein called Policyholder)

Agrees to pay the benefits herein provided with respect to persons insured hereunder, subject to all terms of this Policy.

This Policy is issued in consideration of the payment of premium and statements made in the application herein provided, and shall take effect on SEPTEMBER 13, 1996 which shall be its date of issue. Policy anniversaries shall be YEARLY and each subsequent YEAR.

This Policy is issued in the State of Illinois, and its terms shall be construed in accordance with the laws of the State of Illinois.

**RIGHT TO EXAMINE CERTIFICATE**

A person who enrolls for coverage may return the Certificate of Insurance within 90 days after its receipt to the Company at its Administrative Office. If the Certificate is returned, insurance under this Policy shall be deemed void from the Certificate's Effective Date. Any premium paid by the Insured will be refunded.

The provisions and conditions of this Policy shall form a part of the contract as fully as if recorded in detail above the signatures hereunder affixed.

Secretary

President

**Policy No:** 25494 GC346

**GROUP ACCIDENT INSURANCE**
**PROVIDING ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS**



EXHIBIT B

## DEFINITIONS

**INSURED** means each eligible person who has enrolled for coverage as an Insured and whose coverage has become effective.

**COVERED PERSON** means, for coverage purposes only, the Insured and the following persons, provided coverage has become effective:

1. the Insured's spouse; and
2. each of the Insured's children (including step-children, children born to or legally adopted, or children in the waiting period prior to finalization of proposed adoption by either the Insured or the Insured's spouse) 18 years of age or younger, unmarried and dependent upon the Insured for support and maintenance; and
3. the Insured's unmarried child 19 years of age but less than 23 years of age if the child is:
   a. a full-time student; and
   b. dependent upon the Insured for support and maintenance.

**INJURY** means bodily Injury which:
1. is caused by an accident which occurs while an Insured's insurance is in force under this Policy;
2. results in a Loss covered by this Policy; and
3. creates a Loss due, directly and independently of all other causes, to such accidental bodily Injury.

**INJURED** means having suffered an Injury.

**LOSS** means:

1. Loss of Life;
2. With reference to hand or foot, complete severance at or above the wrist or ankle joint;
3. With reference to eye, the total and irrecoverable Loss of the entire sight thereof.

Loss does not mean Loss of use.

**PRIVATE PASSENGER AUTOMOBILE** means a four-wheeled automobile which is not licensed to carry passengers for hire and which is of the pleasure type, including a station wagon, van, jeep, or truck type with a factory rating load capacity of 2,000 pounds or less or self-propelled motor home type vehicles.

Farm equipment and forklifts are specifically excluded under Private Passenger Automobile.

**LAND MOTOR VEHICLE** includes any gasoline, diesel, or similarly powered vehicle customarily used for transportation on land and for which the operator is required to be licensed.

This category includes, but is not limited to the following:

1. vehicles considered "Private Passenger Automobiles" by this Policy; and
2. two-wheeled vehicles such as motorcycles and motorscooters; and
3. vehicles with more than four wheels, such as tractor/trailer rigs and flat bed trucks.

Farm equipment and forklifts are specifically excluded under Land Motor Vehicle.

**COMMON CARRIER** means an air, land, or water public conveyance operated under a license for regularly scheduled passenger service.

## ELIGIBILITY

Each natural person AGE 18 THROUGH 80 WHO IS A CREDIT CARDHOLDER (OR WHO IS THE SPOUSE OF A CREDIT CARDHOLDER AGE 18 THROUGH 80) of AT&T UNIVERSAL CARD SERVICES CORPORATION, with an account in good standing, is eligible to become an insured if that person resides in a state in which the insurance coverage may legally be offered. Such persons are herein called eligible persons.

No person shall be covered under more than one Certificate of Insurance under this Policy. If a person is recorded by the Company as a Covered Person under more than one Certificate, such person shall be deemed to be insured only under the Certificate which affords that person the greatest amount of coverage. Upon discovery of the duplication in coverage, any duplicate premium payments made will be refunded.

In no event will a corporation, partnership, or business entity, other than a natural person, be eligible for insurance.

## WHEN A PERSON BECOMES INSURED

Each Insured will be issued a Certificate of Insurance which will indicate the coverage, the Effective Date of Coverage, and the persons covered.
Each eligible person shall become insured on the Effective Date shown on the Certificate of Insurance Schedule Page.

## WHEN A PERSON'S INSURANCE ENDS

An Insured's insurance ends on the last day of the period covered by the last premium contribution.

## AMOUNTS OF INSURANCE - SCHEDULE OF INSURANCE

When an eligible person enrolls as an Insured under this Policy, he or she will receive coverage as described in Parts I, II, and III of the Coverage section of this Policy. The amounts of insurance for each Covered Person shall be the amount shown on the Certificate of Insurance Schedule Page issued to each individual Insured.

## COVERAGE

### PART 1 - BENEFIT FOR TRAVEL BY COMMON CARRIER

If a Covered Person is Injured as a direct result of a collision, crash or sinking of a duly licensed Common Carrier while riding as a fare-paying passenger inside such Common Carrier, the Company will pay the applicable benefit listed in Part I of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits on Page 4.

### PART II - BENEFIT FOR TRAVEL BY PRIVATE PASSENGER AUTOMOBILE AND LAND MOTOR VEHICLE ACCIDENTS

If a Covered Person is Injured:

1. by being struck by a Private Passenger Automobile; or
2. as a direct result of a collision or crash of a private Passenger Automobile; or
3. by being struck by a Land Motor Vehicle; or
4. while driving for hire a Land Motor Vehicle,

the Company will pay the applicable benefit specified in Part II of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits on Page 4. As used in this Policy, driving for hire a Land Motor Vehicle means operating for hire the Land Motor Vehicle as its driver while inside such Land Motor Vehicle and while such Land Motor Vehicle is moving under its own power.

**PART III - BENEFIT FOR ALL OTHER INJURIES RESULTING IN A LOSS**

If a Covered Person is Injured in an accident not covered under Part I or Part II and not otherwise excluded in the Policy, the Company will pay the applicable benefit specified in Part III of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits on Page 4.

**SCHEDULE OF BENEFITS**

**ACCIDENTAL DEATH AND DISMEMBERMENT**

If, as a result of Injury occurring under any of the circumstances listed in the Coverage section above, and not otherwise excluded, a Covered Person suffers any of the following Losses within 90 days after the date of an accident which caused such Injury, the Company will pay the benefit shown below:

| SCHEDULE OF LOSSES AND BENEFITS UNDER PART I, PART II, AND PART III | |
|---|---|
| **LOSS** | **BENEFIT** |
| LIFE | THE PRINCIPAL SUM |
| Both Hands or Both Feet or Sight of Both Eyes | The Principal Sum |
| One Hand and One Foot | The Principal Sum |
| One Hand and Sight of One Eye | The Principal Sum |
| One Foot and Sight of One Eye | The Principal Sum |
| One Hand or One Foot or Sight of One Eye | One-Half the Principal Sum |

Principal Sums for each Covered Person are as specified on the Certificate Schedule Page. Only one of the above benefits, the largest, will be paid for multiple losses that result from one accident for each Covered Person.

"Loss" as used above with reference to hand or foot means complete severance at or above the wrist or ankle joint, and as used with reference to eye means the total and irrecoverable Loss of the entire sight thereof.

Loss does not mean loss of use.

**EXCLUSIONS**

No benefit shall be paid for Injury that:

1. is intentionally self-inflicted, while sane or insane;
2. is due to a war or act of war, whether declared or not;
3. occurs while the Covered Person is taking or using any narcotic, barbiturate or any other drug, unless taken or used as prescribed by a Physician;
4. occurs while the Covered Person's blood alcohol level is .10 percent weight by volume or higher;
5. occurs while the Covered Person is acting either as a pilot or crew member or while a passenger, other than a fare-paying passenger, in any aircraft;
6. occurs while the Covered Person is committing or attempting to commit an assault or felony;
7. is due to disease, bodily or mental infirmity, or medical or surgical treatment of these; or
8. does not directly and independently of all other causes create a Loss.

## RENEWAL CONDITIONS

The Insured may keep his or her Certificate in force for as long as he or she lives. The Company does not have the right to:

1. cancel the Certificate; or
2. place any restriction on the Certificate while it is in force; or
3. refuse a premium paid on or before the date due or within the Grace Period.

Renewal premiums may not be increased.

When a person is added to or dropped from coverage, the premium amount due as of the next premium due date may be adjusted to reflect the change in coverage. Renewal premiums are due on the first day of each renewal period. The Certificate will expire if the premium is not paid by the end of the Grace Period.

The Insured may cancel his or her coverage upon notice to the Company. Notice is deemed to be due or given when made in writing or communicated verbally by telephone, in person, or by any other means acceptable to the Company.

## PREMIUM

For the first 3 months of coverage, the premium of $1.00 will be paid by the Policyholder. Renewal premiums for Covered Persons are included on the attached rate sheet.

Rates do not increase because of age.

## BENEFICIARY

All benefits are payable to the Insured, if living. Unless otherwise specified by the Insured, any amount due for Loss of Life will be paid as follows:

1. At the death of the Insured, it will be paid to the spouse of the Insured, if living; otherwise, equally to the Insured's then living lawful children, if any, (including step-children and adopted children); otherwise, equally to the Insured's then living parents or parent; otherwise to the estate of the Insured.
2. At the death of any other Covered Person, it will be paid to the Insured, if living; otherwise, as though it were payable under (1) above.

Any payment made under this section will fully release the Company to the extent of the payment. The beneficiaries designated may be changed in accordance with the Change of Beneficiary provision, subject to the community property laws in the Insured's state of residence.

## CONTINUATION OF COVERAGE

In the event of the Insured's death, the covered spouse, if any, shall be deemed the Insured. Otherwise, the coverage will terminate on the next renewal date. If an Insured spouse ceases to be the spouse of the Insured for reasons other than the Insured's death, the spouse will no longer be covered as of the next monthly renewal date.

Coverage for any dependent child insured under this Policy shall terminate as of the next renewal date after the child's marriage or 19th birthday.

A child may continue to be covered if upon reaching age 19 the child is, and continues thereafter to be, both:

1. incapable of self-sustaining employment by reason of mental retardation or physical handicap; and
2. chiefly dependent upon the Insured for support and maintenance.

The Insured must write and tell the Company a child meets the above requirements for Continuation of Coverage. The Company may require periodic proof of continued eligibility for Continuation of Coverage.

**CONVERSION**

The covered child or spouse whose coverage ceases may apply for his or her own Certificate within 31 days after coverage ceases. No evidence of insurability will be required. The new Certificate will be issued:

1. on the Company's form at that time with benefits most like but not greater than those of the Certificate; and
2. at the adult rate for the attained age of the person at that time.

The Effective Date of Coverage under the new Certificate will be the same as the Effective Date of Coverage under the current Certificate. The Company will not pay under the new Certificate for any Loss for which benefits have been paid under the current Certificate.

**NEWBORN CHILDREN**

A child born to the Insured while the Insured's Certificate is in force will be covered from the time of birth. The Insured must write and tell us of the birth of a child.

If any children are already covered under the Insured's Certificate, the benefit amount will be the same as for other children. If no other child is covered under the Insured's Certificate, the benefit will be the amount which would have been issued to children as of the Effective Date of the Certificate.

**GENERAL PROVISIONS**

**ENTIRE CONTRACT**

This Policy is issued in consideration of the application and payment of the premium. The Policy, the copy of the application from the Policyholder, and individual enrollment forms of Certificateholders, if any, form the entire contract.

Any change in this Policy must be in the form of an amendment or endorsement signed by one of the officers of the Company. Agreements made by the Policyholder and the Company in this manner will be binding on all persons insured. Certificate anniversaries are measured from the Certificate Effective Date.

**INFORMATION TO BE FURNISHED**

The Policyholder shall furnish the Company with any information required to administer this Policy. The Company shall have the right to inspect any record of the Policyholder or in possession of the Policyholder which relates to this Policy.

**CLERICAL ERROR**

A clerical error in the records relative to this insurance shall not invalidate insurance or cause insurance to be in force or to continue in force. Upon discovery of such error, an equitable adjustment shall be made in the premium.

**INSURED'S CERTIFICATE**

The Company will issue an individual Certificate to each Insured. The Certificate will describe the insurance coverage and state to whom the benefits will be paid.

**CHANGE OF BENEFICIARY**

The Insured may change the beneficiary at any time by writing to the Company at 2700 West Plano Parkway, Plano, Texas, 75075 or to the Policyholder. Once the change is recorded by the Company, it will take effect as of the day the Insured signed the request, subject to any claim payment made before such recording. The consent of the beneficiary is not needed for the change, unless the beneficiary designation was irrevocable.

**PAYMENT OF PREMIUM**

All premiums due by the terms of this Policy shall be paid by the Policyholder to the Administrative Office of the Company on or prior to the day they are due.

Insureds are required to contribute 100 percent of the premium payable under this Policy for their Certificates after the first 3 months. If at any time the Policyholder refuses to accept such contributions and pay the premium for the Insured, the Insured may pay such premium directly to the Administrative Office of the Company on or prior to the day it is due.

**GRACE PERIOD**

If a premium is not paid when due, the insurance shall be in default. The Company will allow a 31 day Grace Period to pay each premium after the first one. If a premium is not paid on or before the end of the Grace Period, the insurance shall terminate.

**REINSTATEMENT**

The Insured's Certificate will lapse if the Insured does not pay his or her premium before the end of the Grace Period. If the Company later accepts a premium and does not require an application for reinstatement, that payment will put the Certificate back in force. If the Company requires an application for reinstatement, the Certificate will be put back in force when the Company approves it. If the Company does not approve it, the Certificate will be put back in force on the 45th day after the date of application for reinstatement, unless the Company gives the Insured prior written notice of its disapproval.

The reinstated Certificate covers only Loss due to an Injury that is received after the date of reinstatement. In all other respects, the Company and the Insured have the same rights under the Certificate as were in effect before it lapsed, unless special conditions are added in connection with the reinstatement.

**NOTICE OF CLAIM**

Written Notice of Claim must be given to the Company within 30 days after any Loss covered under this Policy occurs or as soon as possible thereafter. The Insured may give the notice or may have someone do it for him or her. The notice should include the Insured's name and Certificate number as shown on the Certificate Schedule Page. Notice should be mailed to the Company at P. O. Box 869090, Plano, Texas, 75086-9916.

**CLAIM FORMS**

When the Company receives the Notice of Claim, the Company will send the claimant forms for filing Proof of Loss. If the Company does not send the forms within 15 days, the claimant can meet the Proof of Loss requirement by providing the Company with a written statement describing what happened. The Company must receive this statement within the time given for filing Proof of Loss.

L

**PROOF OF LOSS**

Written Proof of Loss must be given to the Company within 90 days after the date of the Loss or as soon as possible thereafter. Proof must, however, be furnished no later than one year from the time it is otherwise required, except in the absence of legal capacity.

**MISSTATEMENT OF AGE**

If the age of a Covered Person has been misstated, all amounts payable shall be in the amount the premium paid would have bought for the correct age. If, as a result of misstatement, the Company accepts a premium for any period when coverage would not normally have been in effect, then the Company's liability for such period shall be a refund, upon request, of all premiums paid for such period.

**TIME OF PAYMENT OF CLAIMS**

The Company will pay all benefits covered by this Policy as soon as the Company receives proper written Proof of Loss sufficient to determine liability.

**PAYMENT OF CLAIMS**

All benefits are payable to the Insured, if living. Loss of Life benefits for the Insured are payable in accordance with the beneficiary designation in effect at the time of payment. Other benefits will be paid to the Insured. Any other benefits, other than for Loss of Life, unpaid at the Insured's death may be paid, at the Company's option, either to the Insured's beneficiary or estate.

**PHYSICAL EXAM AND AUTOPSY**

The Company, at its own expense, shall have the right to examine a Covered Person when and as often as is reasonable while a claim is pending. The Company may also have an autopsy done in case of death where it is not forbidden by law.

**LEGAL ACTIONS**

No action can be brought to recover on this Policy for at least 60 days after written Proof of Loss has been furnished. No such action shall be brought more than 3 years after the date Proof of Loss is required.