UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
Plaintiff

v. No. 1:07-cv-00082-S-LDA

STONEBRIDE LIFE INSURANCE CO.
JOHN DOE, an employee of Stonebridge

PLAINTIFF'S MOTION TO STRIKE DEFENDANTS PERMISSION/AUTHORIZATION TO FILE A MOTION FOR SUMMARY JUDGMENT AND INTENDED MOTION FOR SUMMARY JUDGMENT, SUPPORTING MEMORANDUM AFFIDAVIT, EXHIBITS AND STATEMENT OF UNDISPUTED FACTS

Plaintiff, Keith A. Werner, requests this Honorable Court to strike Defendants' above-referenced motion, memorandum, affidavit and exhibits. As grounds thereof Plaintiff says:

1. On March 27, the plaintiff received a copy of two cover letters dated March 26, 2007; one was to Judge Smith indicating that

1 (cont'd) the intended motion for summary judgment of defendant, Stonebridge Life Insurance Company, and supporting memorandum; Affidavit of Colleen Gizinski with exhibits; and statement of undisputed facts. These documents were filed in direct derogation of LR Cv 5.1 (a) (1) and Rule 5, Fed. R. Civ. P.. The Plaintiff never received a copy of these documents.

2. Summary judgment is premature. No discovery has been had, there are obviously genuine issues of material fact in dispute. See [No. 34] Plaintiff's Replication to [11] Defendants' Answer.

3. This Honorable Court has not yet ruled on numerous pending motions, including but not limited to Plaintiff's Motion to Amend and the proposed amended complaint.

In further support, Plaintiff's Affidavit is appended hereto.

Dated: 3/27/07

Respectfully submitted,

Keith A. Werner

NEW ADDRESS
KEITH A. WERNER
BOX 861
TRENTON, NEW JERSEY
08625

Keith A. Werner, Prose
~~Box 8261~~
~~Cranston, R.I. 02920~~

Certification

I hereby certify that I caused a true copy of the above motion to strike and affidavit in support to defense counsel, via first class mail, on March 27, 2007.

Keith A. Werner