UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

V. No. 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE INS. CO., ET AL.,

AFFIDAVIT OF KEITH A. WERNER

I, Keith A. Werner hereby say:

1. I am the plaintiff in the above-entitled action which, I bring in good faith

2. Today, March 27, 2007, I received from defense attorney, David P. Whitman, two envelopes, each containing correspondence consisting of one page, respectively. The envelopes are appended hereto as exhibits I did not receive any other papers or documents from Mr. Whitman.

3. Because Mr. Whitman did not send me a copy of the papers that he sent to this Honorable Court I am without sufficient information to frame a response.

# AFFIDAVIT

4. Because Mr. Whitman did not send me a copy of all dockets he has filed with this Honorable Court I am unable to file specific objections or controvert or refute claims, defenses, contentions attestations and exhibits

5. The discovery materials I seek and the materials I have obtained on my own are spelled out in a separate affidavit that I have requested to be sealed via motion in order to conceal from the defense' information that is not otherwise discoverable by it.

I swear under pains and penalties of perjury that the foregoing is true, accurate and correct.

Dated: 3/27/07

Keith A. Werner

Keith A. Werner, Prose
Box 8200
Cranston R.I 02920