UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

KEITH A. WERNER

No. 1:07-cv-00082-S-LDA

v.

STONEBRIDGE LIFE INSURANCE CO., ET AL.

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME, OF THIRTY DAYS

Plaintiff, Keith A. Werner, respectfully requests an extension of time to respond object and answer all matters relative to this case. Good cause exists for granting the requested extension of time. Plaintiff states:

1. On March 17, 2007 I was transferred from the custody of the R.I. Department of Corrections to the N.J. State Prison at Trenton.

2. I have not received any of my legal property, personal property, paper, stamps or books. Canteen orders are once a month. Thus I get one opportunity to file for necessary items; then, must wait three (3) weeks

2. (Continued) to obtain the ordering pads.

1. To date I have received no canteen.

1. I am in an empty cell with no books or other personal/legal items. I understand it normally takes three (3) months to obtain such property.

WHEREFORE, because of circumstances beyond Plaintiff's control, good cause exists in granting him a 30-day extension of time on all matters relative to the instant action.

Dated 4/19/07

Respectfully submitted

Keith A. Werner

Keith A. Werner Pro se
Box 861
Trenton, N.J. 08625

Certification

I hereby certify that on April 19, 2007 I mailed a true copy of the within Motion to defense counsel David P. Whitman of Hanson and Curran LLP 146 Westminster St., Providence RI 02903.

Keith A. Werner

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2007 MAY -9 A 8:57

FILED