DPW:fa 06-287 5/08/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**AFFIDAVIT OF DAVID P. WHITMAN**

Now comes David P. Whitman and under oath deposes and says as follows:

1. I am counsel for defendant, Stonebridge Life Insurance Company ("Stonebridge"), in regard to the above-captioned matter.

2. On the morning of May 8, 2007, my law office received an envelope, a true and exact copy of the front and back side is attached hereto as Exhibit "A."

3. Upon opening said envelope, my law office discovered the plaintiff's motion for an extension of time of thirty days, a true and exact copy of is attached hereto as Exhibit "B."

David P. Whitman

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 9th day of May, 2007.

Notary Public
Print Name: James T. Murphy #54501
My Commission Expires: 12/30/08