EXHIBIT

A

Blumberg No. 5119

PROVIDENCE RI 029

07 MAY 2007 PM 2 L







HANSON AND ~~Curran~~ Curran LLP
DAVID P. WHITMAN
146-WESTMINISTER ST.
PROVIDENCE, R.I.
02903

02903+2228