UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER :
:
v. : C.A. No. 07-82S
:
STONEBRIDGE LIFE :
INSURANCE COMPANY :

**MEMORANDUM AND ORDER**

Before this Court for determination is Plaintiff Keith A. Werner's Motion for An Extension of Time, Of Thirty Days. (Document No. 73). 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). Defendant filed an Objection to the Motion. (Document No. 74). This Court has determined that no hearing on this Motion is necessary.

Plaintiff requests thirty days to "respond, object and answer all matters relative to this case." Plaintiff states that he was previously in the custody of the Rhode Island Department of Corrections, but was transferred on March 17, 2007 to the New Jersey State Prison at Trenton. Plaintiff states that he does not have his "legal property, personal property, paper stamps or books." Plaintiff is awaiting transfer of his personal property from Rhode Island to New Jersey. This Court has reviewed the matters pending in this action, and GRANTS Plaintiff until June 15, 2007 to comply with any pending Court orders or to respond to any pending Motions filed by Defendant. No further extensions will be GRANTED. The Court will rule on any pending Motions based on the record as of June 15, 2007.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 10, 2007