UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

Plaintiff- Appellant

2007 MAY -8 P 1:08

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

CA NO 1:07-cv-00082-S

v.

STONEBRIDGE LIFE INSURANCE CO., ET AL

Defendant - Appellee

NOTICE OF APPEAL

Now comes the plaintiff, Keith A. Werner, in the above entitled action, and gives notice of his appeal from the denial of all the plaintiff's pending motions, on or about March 30, 2007 (Almond, M.J.) and the "inevitable" dismissal of the instant action.

Plaintiff moves that the Appeals Court hear the entire case on its merits in that the record is sufficiently clear to obviate the need for remand

Dated: 4/30/07

Respectfully submitted,
Keith A. Werner

Keith A. Werner Pro se
Box 861
Trenton N.J. 08625