DPW:mdb 06-287 5/18/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**RESPONSE/OBJECTION OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY,
TO PLAINTIFF'S NOTICE OF APPEAL
(DOC. No. 77)**

Now comes Defendant, Stonebridge Life Insurance Company ("Stonebridge"), in the above-captioned matter and responds to plaintiff's Notice of Appeal (Document No. 77) by objecting thereto and requesting that the same be denied. As grounds for said response/objection, Stonebridge relies upon its memorandum of law attached hereto and made a part hereof.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

*In accordance with the provisions of LR Cv 7(e) there is no need for oral argument or an evidentiary hearing.*

## PROOF OF SERVICE

I hereby certify that on this 18th day of May, 2007, I mailed a true and exact copy of the within *Response/Objection of Defendant, Stonebridge Life Insurance Company, to Plaintiff's Notice of Appeal (Doc. No. 77)* to **Keith A. Werner,** *Pro Se*, Box 861, Trenton, NJ 08625.

/s/ David P. Whitman

of Hanson Curran LLP

DPW:mdb 06-287 5/18/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**MEMORANDUM OF LAW OF DEFENDANT, STONEBRIDGE LIFE INSURANCE COMPANY, IN SUPPORT OF ITS RESPONSE/OBJECTION TO PLAINTIFF'S NOTICE OF APPEAL (DOC. No. 77)**

Defendant, Stonebridge Life Insurance Company ("Stonebridge"), has filed its response/objection to plaintiff's Notice of Appeal (Document No. 77). This memorandum is offered in support of the response/objection of Stonebridge to said Notice of Appeal.

***Procedural Issues***

LR Cv 72 (c)(2) specifies the content of appeals from rulings by magistrate judges on non-dispositive matters in civil cases. Such an appeal should set forth the basis for the appeal and a memorandum of law in support of such appeal.

Plaintiff, apparently relying upon the granting by this Court of his plenary motion for extension, has filed a plenary notice of appeal, apparently from any and all rulings rendered by the magistrate judge in this matter at any time from March 30, 2007 to date. The Clerk of this Court has identified nine (9) orders.

However, plaintiff has not set forth the basis for his appeal of any of these nine (9) orders. Frankly, this makes it almost impossible for the Court or opposing counsel to respond/object with any specificity in accordance with LR Cv 72 (c)(3) to the plaintiff's notice of appeal.

Further, plaintiff has not provided any memorandum of law as also required in LR Cv 72 (c)(2). This is further evidence of plaintiff's blunderbuss approach to the motion practice before this Court which forces the Court to guess as to what, if any, basis there might be for the plaintiff's claim of appeal.

***Substantive Issues***

In view of the procedural defects referenced above, Stonebridge is unable to articulate any particular response/objection to plaintiff's notice of appeal of nine (9) orders, other than to refer the Court to the objections and memoranda already filed by Stonebridge as to each and every one of the nine (9) motions denied by the magistrate judge as to which specific orders were entered by the magistrate judge.

WHEREFORE, on the basis of the foregoing, Stonebridge requests that this Court deny and dismiss plaintiff's appeal.

Defendant,
Stonebridge Life Insurance Company,
By its Attorneys,

HANSON CURRAN LLP

/s/ David P. Whitman

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 18th day of May, 2007, I mailed a true and exact copy of the within *Memorandum of Law of Defendant, Stonebridge Life Insurance Company, in Support of its Response/Objection to Plaintiff's Notice of Appeal (Doc. No. 77)* to **Keith A. Werner**, *Pro Se*, Box 861, Trenton, NJ 08625.

/s/ David P. Whitman

of Hanson Curran LLP