UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

v. No. 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE INSURANCE CO., ET AL.

# MOTION FOR MANDAMUS RELIEF

Petitioner, Keith A. Werner, requests the Court to direct the Clerk to furnish him with a copy of the docket sheet and all documents filed from, the date the Court first received the case from the U.S. District Court of Vermont.

In support Plaintiff avers:

1. He has made both written requests, and has had family members telephone the Clerk requesting aforesaid documents but the Clerk refuses to provide such.
2. He needs to know what was filed, and when,

2 (Cont'd)

In order to properly prosecute the action.

3. He is entitled to aforesaid records, see Nixon v. Warner Communications Corp, 435 US 589, 591 (1978)

4. Mandamus will lie, such as in the instant matter, when there is no "speedy, plain and adequate remedy" at law. Burnham v. Clerk of the First District Court, 352 Mass. 466, 473 (1967)

5. Further, Plaintiff has not received one correspondence from this Court yet Defendants make reference to this Court's orders.

WHEREFORE, this Court should direct the Clerk to provide Mr. Werner with a copy of the docket sheet, and a copy of all entries (orders, motions, etc) filed since this Court assumed jurisdiction.

Dated 6/1/07

Keith A Werner

Keith A. Werner
Box 861
Trenton NJ. 08625

Certification

I, Keith A. Werner, hereby certify that I caused a true copy of the with Motion for Mandam Relief to David Whitman, Esquire, 146 Westminster St., Providence R.I. 02903 on this 1st day of June 2007

Keith A. Werner