EXHIBIT C

Answers.com
world's greatest encyclodictionalmanacapedia



# J.C. Penney Company

## Profile

J. C. Penney Company, Inc. (NYSE:JCP)
Income Statement Balance Sheet Cash Flow Statement

**Type:** Public
**On the web:** http://www.jcpenney.com
**Employees:** 151,000
**Employee growth:** 0.0%

Contact Information

J. C. Penney Company, Inc.
6501 Legacy Dr.
Plano, TX 75024-3698
TX Tel. 972-431-1000
Fax 972-431-9140

J. C. Penney Company was created in early 2002 as a holding company for department store operator J. C. Penney Corporation, its wholly owned subsidiary, which exchanged the "Company" in its 89-year-old moniker for "Corporation" after the holding company was formed. J. C. Penney Corporation is one of the largest department store, catalog, and e-commerce retailers in the US. In 2004 J. C. Penney Company sold its Eckerd drugstores chain to The Jean Coutu Group and CVS for $4.5 billion in cash. The retailer runs more than 1,000 JCPenney department stores throughout the US and Puerto Rico. In 2005 J. C. Penney sold its controlling stake in the 62-unit Lojas Renner chain in Brazil through a public stock offering.

Key numbers for fiscal year ending January, 2006:
**Sale:** $18,781.0M
**One year growth:** 1.9%
**Net income:** $1,088.0M
**Income growth:** 107.6%

Officers:
Chairman and CEO: Myron E. (Mike) Ullman III
President and Chief Merchandising Officer: Kenneth C. (Ken) Hicks
EVP and CFO: Robert B. Cavanaugh

Competitors:
Sears
Target
Wal-Mart

Subsidaries:

## Stock Quote

**JCP - Penney (J.C.) Company, Inc (NYSE)** 12:00 AM ET, 02/09/2007
Last: **82.85** Change: **-0.60** %Change: **-0.72%** Volume: **1,388,000**




| | | | |
|---|---|---|---|
| | | Open: | 83.38 |
| | | High: | 84.22 |
| | | Low: | 82.15 |
| | | Previous Close: | 83.45 |
| | | Market Cap: | 18.64B |
| | | Shares Outstanding: | 225.0M |
| EPS: | 4.72 | 52wk High (2/7/2007): | 85.68 |
| P/E Ratio: | 17.55 | 52wk Low (2/10/2006): | 54.18 |
| Dividend: | 0.18 | Dividend Date: | 1/8/2007 |
| Yield: | 0.87 | Average Volume: | 2.6M |

## Stock Chart