EXHIBIT D

STONEBRIDGE
Insurance Compa

En Español ▼

Home >> Contact Us

# Contact Us

**Contact Information**

**Email Address**
Service@StonebridgeLife.com

**Mailing Address**
Stonebridge Life Insurance Company
PO Box 869092
Plano, TX 75086-9092

**Administrative Office**
2700 West Plano Parkway
Plano, TX 75075

**Customer Service**
**1-800-622-2923**
Monday through Friday
8 a.m. - 8 p.m. Central Time
Saturday
8 a.m. - 2 p.m. Central Time

**Para información en Español:**
**Llame gratis al 877-527-1967** si desea comunicarse con un representante en Español.
Siéntase cómodo en comunicarse con nosotros para cualquier pregunta que usted tenga.
¡Nosotros tendremos mucho gusto en atenderlo en Español!

ABOUT STONEBRIDGE LIFE | STONEBRIDGE RACING | CONTACT US | PRIVACY POLICY

Financi

Component ID: /contact_service.asp