EXHIBIT E

# JCPenney Life Insurance Company

**CUSTOMER OF: AT&T 'UNIVERSAL CARD SERVICES**

[redacted]

DEAR GEORGE L. WERNER

Welcome to the family of satisfied JCPenney Life customers! Enclosed is your Certificate of Insurance and complete details about your plan. Your coverage became effective immediately when your Certificate of Insurance was issued. **Your premium for your insurance coverage will be automatically billed, unless you call to cancel before the end of your no-cost bonus period.** Please take a few moments now to become familiar with the many advantages your new coverage brings. We suggest that you place your Certificate with your other important papers.

Enrolling in this plan was a smart decision. Your benefit amount will help ensure that your financial obligations are taken care of should the unexpected happen to you. Your coverage is backed by the stability and strength of JCPenney Life ... an insurance company with millions of satisfied customers throughout the United States.

We appreciate your business. We will work hard to recognize your individual needs and meet your expectations. You will receive prompt, courteous, professional service every time you call. Rest assured, we will be there when you need us. At JCPenney Life, the single most important part of our business is you.

Sincerely,

Robert G. Romasco

Robert G. Romasco, President and CEO
JCPenney Life Insurance Company

**JCPENNEY LIFE INSURANCE COMPANY**

2700 West Plano Parkway
Plano, Texas 75075

**BILLING INFORMATION**

| | |
|---|---|
| Bonus Period: | 90 days |
| Form of Billing : | direct bill |
| Billing Amount: | $9.95 |
| Billing Frequency: | monthly |

**Customer Service:** 1 800 572-9387
Hours M-F 7:00a.m. - 10:00p.m., Sat. 8:00a.m. - 5:00p.m. CST

**Claims:** 1 800 692-5246
Hours 8:00 a.m. - 6:00 p.m. CST, Monday-Friday

84AE3E2730

LABP