EXHIBIT I

**Texas Department of Insurance**
COMPLAINTS RESOLUTION, Mail Code 111-1A
333 Guadalupe P. O. Box 149104, Austin, Texas 78714-9104
512-463-6515 telephone 512-475-1771 fax www.tdi.state.tx.us

January 22, 2007

NANCY NORTH

Sent via E-mail: NBNORTH@SBCGLOBAL.NET

Re: DOCUMENT ID: 773543
LETTER ID: 712077
SUBJECT: J. C. PENNEY INSURANCE COMPANY

Dear Nancy North:

We have received your e-mail regarding the above mentioned subject.

Our records show that on June 7, 2002, J. C. Penney Insurance Company changed their name to Stonebridge Life Insurance Company. You can contact this insurer by writing or calling:

Stonebridge Life Insurance Company
2700 West Plano Parkway
Plano, TX 75075-8200
Toll Free: 1-(800) 527-9027

We hope that this information is helpful to you. If we can be of further assistance, you can contact our 1-800 Helpline at 1-800-252-3439 with general questions regarding insurance. You can also access our website at www.tdi.state.tx.us to obtain consumer information including company profiles on many of the licensed insurance companies in Texas.

Sincerely,

Vicky Costilla

Vicky Costilla, ACSR
Information Assistance
Telephone: 512-463-6500
Email: consumer.protection@tdi.state.tx.us