UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER No. 1:07-CV-082-S
V.
STONEBRIDGE LIFE INSURANCE CO., ET AL

AFFIDAVIT OF MARY WERNER

I, MARY WERNER, HEREBY SAY:

1. KEITH A. WERNER IS MY SON
2. GEORGE L WERNER WAS MY HUSBAND. PRIOR TO HIS DEATH, WE AGREED THAT ANY INDEMMIFICATION FROM THE ACCIDENTAL DEATH POLICY WOULD GO TO KEITH

I SWEAR THE FOREGOING IS TRUE AND CORRECT.

Mary Werner
MARY WERNER

DATED: 6-24-07

EXHIBIT 2