# JCPenney Life Insurance Company

**A STOCK COMPANY**
**Home Office:** Rutland, Vermont
**Administrative Office:** 2700 West Plano Parkway
Plano, Texas 75075

# CERTIFICATE OF INSURANCE

Person(s) insured and Schedule of Insurance are shown on the Schedule Page. Place the Schedule Page with your Certificate for safekeeping.

**J. C. Penney Life Insurance Company** (herein called "we," "us" or "our") has issued Policy No. 25494 GC346 to UNIVERSAL CARD SERVICES CORP. (herein called Policyholder) which makes available accidental death and dismemberment insurance for eligible persons.

We agree to pay the benefits herein provided with respect to the person(s) insured hereunder, subject to all terms of the Policy.

**RIGHT TO EXAMINE CERTIFICATE**

If you are not satisfied with this insurance, you may void it by returning this Certificate within 30 days after you receive it to our Administrative Office. You will receive a full refund of any premium you have paid.

This Certificate supersedes any Certificate previously issued to you under the Policy. You and any Covered Person may qualify under one Certificate only. If any person is insured under more than one Certificate, we will consider that person to be insured under the Certificate which provides the greatest amount of coverage. Upon discovery of the duplication, we will refund any duplicated payments which may have been made on behalf of that person. The records maintained by the Policyholder shall determine the insurance provided under the Policy for any Insured. Important provisions of the Policy are outlined below.

[signature]
Secretary

Robert G. Romasco
President

**INSURED:** **CERTIFICATE NUMBER:** 84AE3E2730

GEORGE L. WERNER
650 E GREENWICH AVE BLDG 6
WEST WARWICK RI 02893

**GROUP ACCIDENT INSURANCE**
**PROVIDING ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS**