UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

No. 1:07-CV-082-S

v.

STONEBRIDGE LIFE INSURANCE CO,
JOHN DOE, DEFENDANTS

REQUEST FOR ENTRY OF DEFAULT JUDGMENT

To: Clerk of the Court:

Plaintiff Keith A. Werner requests that you enter judgment in default upon the attached affidavit against defendant John Doe, an employee of Stonebridge Life Insurance Company in the above-entitled matter for 1,000,000.00 (ONE MILLION DOLLARS), plus interest at the rate of 7% and costs.

Dated: 6/23/07

Respectfully submitted,
Keith A. Werner
Keith A. Werner, Pro se