UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

v.

No. 1:07-CV-082-S

STONEBRIDGE LIFE INSURANCE CO., ET AL

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT AND PARTIAL SUMMARY JUDGMENT

I, Keith A. Werner hereby say:

1. I am the plaintiff in the above-entitled action. The Verified Civil Complaint [No. 5] ("Complaint") alleges a variety of torts and breach of contract against both Stonebridge Life Insurance Co. ("SLIC") and John Doe, an employee of SLIC. See Complaint 1, 3, 4, 6, 7, 11, 12 and "Relief Requested." [redacted] [No. 5] (KAW)

2. The docket sheet reveals that Defendant John Doe's Return of Service

2. (cont'd) was effectvated on December 29 2006, [No. 20]. SLIC's Return of Service was effectuated on December 29, 2006 [NO. 21].

3. On November 30, 2006, a Notice of Appearance was entered by Attorney John P. Faignant [No. 10]. The case was then pending before the U.S. District Court, District of Vermont.

4. The docket sheet lists both SLIC and "John Doe, Unknown Employee of SLIC," as does each Court Order, [No. 3, 9, 30 and 43]. The correspondence from the Clerk of the Vermont District Court to the Clerk of the District Court of Rhode Island also reveals SLIC is not the only defendant. See EXHIBIT TWO.

5. Defendant's Motion to Change Venue was granted [No. 43] and the case was transferred to this Honorable Court.

6. On March 19, 2007 Attorney David P. Whitman entered his appearance on behalf of SLIC, <u>and</u> <u>only</u> <u>SLIC</u>. [No. 57]. EXHIBIT 3

7. The Complaint details with reasonable particularity John Doe's relation to SLIC, the dates he spoke with