UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

KEITH A. WERNER

v. No. 1:07-CV-082-S

STONEBRIDGE LIFE INSURANCE CO., ET AL

PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT AND ORDERS; AND, MOTION FOR AN EXTENSION OF TIME

Plaintiff, Keith A. Werner, respectfully requests this Honorable Court to vacate and modify its orders dated April 10, 2007, granting [58] defendants motion to strike the plaintiff's Replication; the memorandum and order, dated May 10, 2007, granting [73] Plaintiff's Motion for an Extension of Time to file an Amended Complaint, (by ~~April~~ June 15, 2007).

In support, the plaintiff avers he was not aware of these orders until June 22, 2007. See Exhibits 2 through

6, and Plaintiff's Affidavit in support of his Objection to the Magistrates Report and Recommendation, annexed hereto.

In short, the Plaintiff had no idea what motions and court orders had been filed until June 22, 2007, due to the prison mailroom's returning all court orders to the court, see Exhibits 2 through 6, and Plaintiff's affidavit.

But for these exceptional, extenuating circumstances the plaintiff would have promply complied with court deadlines.

The interest of justice would be best served by vacating aforesaid orders and setting a new deadline.

Dated: 6/22/07

Respectfully submitted
Keith A. Werner
Keith A. Werner
(#574883)
Box 861, Trenton
NJ 08625

# Certification

I hereby certify that I caused a true copy of the within Motion to David Whitman, Esq. 146 Westminster St. Providence R.I. 02903 via first class mail on June 22, 2007

Keith A. Werner

Keith A. Werner