UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

V. NO. 1:07-CV-082-S

STONEBRIDGE LIFE INS. CO.,
JOHN DOE

MOTION TO HOLD IN ABEYANCE ALL RULINGS ON DISPOSITIVE MOTIONS

Plaintiff, Keith A. Werner, respectfully requests this Court to hold in obeyance any rulings on dispositive motions until Mr. Werner is returned to N.J. In further support, Mr. Werner's affidavit is below.

Affidavit

I Keith A Werner hereby say:

1. On July 2 2006, without Knw warning I was transported from the state prison in N.J back to

1. (cont'd) the High Security prison in R.I. for a court hearing on July 5, 2007 relative to post-conviction and a DNA Petition I filed.

2. I should be returned to NJ. on July 9, 2007.

3. I had no idea why I was being transferred to Rhode Island until I was brought before the Kent Co. Superior Court,

4. I need time to review/respond to any orders or motions filed which I have not yet received

I swear under pains and penalties the foregoing is true and correct

Dated: 7/9/07

Respectfully submit
Keith A. Warner
Keith A. Warner
(# 574883)
Box 861
Trenton NJ 08625

Certification

I Keith Werner was unable to make a copy of the within Motion thus I request the Clerk to alert defense counsel David Whitman that its been filed

1/5/07

Keith O Werner