EXHIBIT 1

G-21 (Rev. 3/03)

NEW JERSEY STATE PRISON

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt #

WERNER 574883 (4B) 6/25/07

Inmate Name Number Wing Date

Dis Court & Providence RI 6/21/07

Sender Address Date (Postmark)

6/25/07

Processed by: (Print and Sign) Date

Traffic Control Officer (if relocated) (Print and Sign) Date

Issued by: (Officer Print and Sign) Wing Date

6/25/07

Inmate: (Print and Sign) Date

Item#

✓ Legal Mail

____ Non Legal Accountable

✓ Regular First Class (No special handling)

____ Inter Office (Truck Mail)

____ Registered/Certified

____ Return Receipt

____ Priority Mail

____ Express Mail

____ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier:________

**Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.**
**Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.**

**WHITE - Mailroom I/M file**
**PINK - Inmate Receipt**
**YELLOW - Wing Officer**
**GOLDENROD - Mailroom Operator files**