Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Mr. Keith Werner

RE: CA 07-82s

Keith Werner v. J.C. Penny Life Insurance Company et Al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 7 / 18 / 07 and have made the following determination:

✓ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

✓ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

____ 10. Other____________________

ENTER: [signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 7/23/07

"Re: WERNER V. SLIC # 1:07-CV-0825
ENCLOSED FIND PAGE 3 OF "PLAINTIFFS
MOTION FOR DEFAULT JUDGEMENT."
KINDLY DOCKET

/S/
KEITH A. WERNER

7. (Cont'd) Mary Werner, the substance of the conversations and the torts he committed. See Exhibit 1, paragraph 1, 3, 4, 6, 7, 11, 12 and "Relief Requested", annexed hereto.

8. Defendant John Doe has not filed a defense or taken any other action as may be permitted by law although more than 440-days have passed since the date of service.

9. Based on the fact that John Doe, an employee of SLIC is employed by SLIC I am convinced that Defendant John Doe is not in the military service, pursuant to the requirements of the Soliders' and Sailors' Civil Relief Act, 50 USC Appendix 520.

10. All documents appended hereto are true, accurate and correct copies; no alteration or modification of the substance of such.

I swear under pains and penalties of perjury the foregoing is true, accurate and correct to the best of my knowledge

Dated: 6/23/07

Keith A. Werner
Keith A. Werner