DPW:nrm 06-287 7/26/07

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
*Plaintiff*

V. CA NO: 1:07-cv-00082-S-LDA

STONEBRIDGE LIFE
INSURANCE COMPANY,
*Defendant*

**AFFIDAVIT OF DAVID P. WHITMAN**

Now comes David P. Whitman and under oath deposes and says as follows:

1. I am counsel for defendant, Stonebridge Life Insurance Company ("Stonebridge"), in regard to the above-captioned matter.

2. All court filings, including all motions, memoranda of law, objections, replies, oppositions, or other documents of any kind filed in the above-captioned matter on behalf of Stonebridge have been mailed to the plaintiff, Keith A. Werner, *pro se*, at his last known address at the time of filing.

3. Prior to April 6, 2007, all court filings by Stonebridge were mailed to the plaintiff at "Box 8200, Cranston, RI 02920."

4. Since April 6, 2007, all court filings by Stonebridge have been mailed to the plaintiff at "Box 861, Trenton, NJ 08625"

5. Since July 12, 2007, all court filings by Stonebridge have been mailed to the plaintiff at both "Box 8200, Cranston, RI 02920" and "Box 861, Trenton, NJ 08625," in light of indications by the plaintiff, in "Motion to Hold in Abeyance All Rulings on Dispositive Motions," (Document No. 86), that he may have been temporarily transported to Rhode Island for court proceedings unrelated to the above-captioned matter

David P. Whitman

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 31st day of July, 2007.

Sara Fontes
Notary Public
Print Name: Sara Fontes
My Commission Expires: 4/3/2010

SARA FONTES
NOTARY PUBLIC
STATE OF RHODE ISLAND
My Commission Expires April 3, 2010