UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEITH A. WERNER | : | |
| | : | |
| v. | : | C.A. No. 07-82S |
| | : | |
| STONEBRIDGE LIFE INSURANCE COMPANY | : | |

**MEMORANDUM AND ORDER**

Before this Court for determination is Plaintiff Keith A. Werner's Motion for Relief from Judgment and Orders; and Motion for an Extension of Time. (Document No. 85). 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). Defendant filed an Objection to the Motion. (Document No. 93). The Court has determined that no hearing on this Motion is necessary.

Plaintiff requests that the Court vacate its Order which struck Plaintiff's "Replication" as unnecessary and impermissible. (See Text Order dated April 10, 2007). Plaintiff also requests that the Court extend the time for him to file an amended complaint.

First, the Court notes that in support of his Motion, Plaintiff asserts that he was not aware that the Orders had been issued. The fact that Plaintiff was not aware that the Court found his "Replication" to be impermissible under the Federal and Local Rules of Civil Procedure is not a compelling reason for the Court to reconsider its Order. Plaintiff has not shown good cause for reconsideration of the Court's Order striking his Replication, and that request, therefore, is DENIED. Turning next to the request for an extension of time, the Court likewise finds that Plaintiff has failed to show good cause for an extension of time, and that request is also DENIED. On March 30, 2007, the Court ordered Plaintiff to file his Amended Complaint by April 30, 2007. Plaintiff filed an "appeal" of the Court's Order on May 11, 2007 which was denied by Judge Smith

on May 21, 2007. Because Plaintiff filed an appeal of the Court's March 30, 2007 Order granting his Motion to Amend, Plaintiff was clearly on notice that he had an obligation to file an Amended Complaint, if he so desired, by April 30, 2007. Plaintiff later filed a Motion noting that on March 17, 2007 he was transferred to the State Prison in New Jersey and had not received any of his legal papers. Out of an abundance of caution, the Court granted him an extension of time until June 15, 2007 to comply with any Orders and to respond to any Motions, but stated that the Motion was a final extension, and noted that "no further extensions will be granted." Plaintiff did not file an Amended Complaint before June 15, 2007 and has not filed an Amended Complaint to date. Plaintiff has had multiple opportunities to file his Amended Complaint, but has failed to comply with the Orders of this Court. Although the Court affords him some leniency because of his pro se status, he is not entitled to disregard the federal rules, local rules or the Orders of this Court. For all of these reasons, Plaintiff's Motion for Relief from Judgment and Orders; and Motion for an Extension of Time (Document No. 85) is DENIED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
August 2, 2007