UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

v. No 1:07-CV 082-S

STONEBRIDGE LIFE INSURANCE CO
JOHN DOE, an employee of Stonebridge

PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S VARIOUS OBJECTIONS

Plaintiff, Keith A. Werner, respectfully requests this Honorable Court an extension of time, thirty (30) days, to respond to various responses filed by Defendant, to wit No. 89, 90, 91 – 94. In support Plaintiff avers:

1. On or about July 27, 2007, the plaintiff received the oft-cited responses from the defendant which misstate facts, omit material facts and are in violation of the "Local Rules, inter alia.

2. The plaintiff has an incredibly limited access to a law library, pens, paper and stamps because he is locked-down 24 hours a day, 7 days a week.

3. The requested-extension of time will enable the plaintiff to file cogent replies to the numerous inaccurate claims and contentions with Defendants Objections, aforementioned

WHEREFORE, the interests of justice would be best served by granting the plaintiff an extension of thirty (30) days to respond to Defendants objections, aft-cited.

Date: 8/1/07

Respectfully submitted,

Keith A. Werner

Keith A. Werner

Certification

I hereby certify I caused a true copy of the instant Motion to be served on defense counsel on August 1, 2007.

Keith A. Werner