UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

KEITH A. WERNER

V.

STONEBRIDGE LIFE INSURANCE CO.,

JOHN DOE DEFENDANT, an unknown employee of Stonebridge

PLAINTIFF'S MOTION TO WAIVE THE FEES OF THE ELECTRONIC PUBLIC ACCESS FEE SCHEDULE

Plaintiff, Keith A. Werner, pursuant to 28 USC 1914 I, requests this Honorable Court, consistent with Judicial Conference policy, to waive the fee ("exempt indigents"); fees which the indigent is unable to provide. "But for" his indigency he would have the opportunity to gain access to court records; via electronic access to court data via dial up service, and the federal judiciary Internet sight

Such access is necessary to avoid unreasonable costs and burden by having the plaintiff solicit

family members, specifically a 78-year old women to drive into Providence to get to the courthouse and then ask the clerk for certain documents.

On June 20, 2007 Magistrate Almond granted the plaintiff motion (79) for writ of mandamus directing the clerk to mail the plaintiff a copy of the docket sheet, all documents filed by the defendants and all orders of the Court.

The plaintiff has been declared indigent (No 3) and is incarcerated. It would be much much easier for the plaintiffs mother to use the courts dial-up service and/or the federal judiciary Internet sight, to obtain document and data then to drive all the way into Providence, to the courthouse, to request certain data from the clerk.

WHEREFORE, this Honorable Court should grant the instant motion as it is necessary to avoid unreasonable burdens and

promote both public access to the courts records but also promote the "speedy just and least expensive determination" of the instant action. Rule 1, Fed. R. Civ. P.

Dated 7/18/07

Respectfully submitted
Keith A. Werner
Keith A. Werner, Pro se
Box 861
Trenton, N.J. 08625

Certification

I hereby certify that I caused a true copy of the within Motion to be served on defense counsel, via first-class mail on 7/20/07

Keith A. Werner