UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEITH A. WERNER | : | |
| | : | |
| v. | : | C.A. No. 07-82S |
| | : | |
| STONEBRIDGE LIFE | : | |
| INSURANCE COMPANY | : | |

**MEMORANDUM AND ORDER**

Before this Court is Plaintiff's Motion for Appointment of Counsel. (Document No. 96). The Motion for Appointment of Counsel has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). For the reasons set forth below, Plaintiff's Motion for Appointment of Counsel is DENIED.

There is no absolute right to an attorney in a civil case. DesRosiers v. Moran, 949 F.2d 15, 23-24 (1st Cir. 1991). Before appointing an attorney, the Court must look to the type and complexity of the case and the ability of Plaintiff to prosecute it. Id.; Whisenant v. Yuam, 739 F.2d 160 (4th Cir. 1984). Further, there is no mechanism presently available in this Court to appoint attorneys to represent civil litigants or to assist civil litigants in finding an attorney. From a review of the documents filed in this case to the present time, the Court finds that Plaintiff has the capacity to prosecute the claim, and that Plaintiff has a basic understanding of the legal procedures to be followed. Thus, the Court determines that Plaintiff has no legal entitlement to court-appointed counsel and will, therefore, be required to continue to prosecute this action pro se, i.e., by himself, until he obtains counsel to appear in this case and represent him.

IT IS THEREFORE ORDERED, that Plaintiff's Motion for Appointment of Counsel (Document No. 96) is DENIED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
August 15, 2007