AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## *District of Rhode Island*

Keith Werner

v.

Stonebridge Life Insurance Company

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CA07-82S

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is hereby entered in favor of the Defendant, Stonebridge Life Insurance Company and against the Plaintiff, Keith Werner in accordance with this Court's order dated August 20, 2007 granting Defendant's Motion for Summary Judgment.

August 21, 2007
*Date*

David A. DiMarzio
*Clerk*

/s/ Wendy Geile
*(By) Deputy Clerk*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.