UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

v. No. 1:07-cv-082-S

STONEBRIDGE LIFE INSURANCE CO.,
JOHN DOE, an unknown employee of Stonebridge

PLAINTIFF'S VERIFIED MOTION FOR EXTENSION OF TIME TO OBJECT TO MAGISTRATE'S REPORT AND RECOMMENDATION, INTER ALIA

Plaintiff, Keith A. Werner, respectfully requests this Honorable Court to grant him an extension of thirty (30) days to file his Objection to the Magistrate's Report and Recommedation [No. 101], the Magistrate's Memorandum and Order [No. 102], and the five (5) text orders dated August 2, 2007, as well as the text order dated July 25, 2007, Order Returning Document: Page 3 of Plaintiff's Affidavit in support of motion for default judgment.

In support the plaintiff avers:

1. On June 19, 2007, Magistrate Almond filed a Report and Recommendation ("R/R") [No. 80] recommending this Honorable Court grant Defendants' Motion for Summary Judgment [No. 63]

2. On June 26, 2007, the Magistrate denied Plaintiff's Motion to strike [70] Defendants Motion for Summary Judgment. (Plaintiff attested he never received a copy of such.)

3. On July 9, 2007 the plaintiff filed a Motion to Change Venue, in support six (6) exhibits were appended thereto

4. On July 9, 2007, the plaintiff filed his Objection to [No. 80] the Magistrate's R/R; appended thereto are four (4) exhibits in support; Plaintiff's Response in Opposition regarding [67] Defendant's Motion for Summary Judgment. Also filed were [No 84] Plaintiff's Motion for Default Judgment and affidavit in support, and Motion for Relief from Judgment and Orders, Motion for an Extension of Time [85]. The Plaintiff also filed

4. (cont'd) a Motion to Hold in Abeyance All Rulings on Dispositive Motions, Plaintiff's Request for Readjustment in the Court's (prior) Time Limits and Time Computations, Plaintiff's Motion to Reconsider the Striking of Plaintiff's Replication and a Writ of Error Coram Nobis, [86, 87, 88, 88-1, respectively].

5. On July 18, 2007 this Honorable Court in view of Plaintiff's Objections, and presumeably other motions and writ, sent the matter back to Magistrate Almond for Reconsideration.

6. The defense objected to each and every one of the plaintiff's objections, motions and writ.

7. On August 8, 2007, the Magistrate filed another R/R which again granted Defendant's Motion for Summary Judgment. The R/R contains rulings and finds that are clearly erroneous, contrary to law and omits material, dispositive facts, as do the Magistrate's Memorandum and Order [102] and the five (5) text orders dated August 2, 2007.

8. The plaintiff is locked-down twenty-four (24) hours a day in a high security prison; he has no direct access to a law library. To obtain legal materials or perform research he must file a "Legal Request form" citing the cases he seeks. The time it takes to receive the requested material is anywhere from one (1) week to two (2) weeks. The plaintiff has administrative grievances pending for numerous legal requests that were never answered.

9. In thirty (30) days the plaintiff will be able to file a cogent objection to the Magistrate's R/R, Memorandum and Order a the five text orders, aforementioned.

10. The allowance of this motion will cause no prejudice to the defendants.

11. Attached hereto is the New Jersey State Prison Legal Mail Receipt demonstrating the plaintiff did not receive the R/R until August 6, 2007. Exhibit A

WHEREFORE, in view of the exceptional circumstances beyond the plaintiff's control and the interests of justice would be best served by the granting of this motion.

I swear under pains and penalties of perjury the foregoing is true and correct

Dated: 8-7-07

Respectfully submitted,
Keith A. Werner

Keith A. Werner, Pro se
#574883
Box 861
Trenton, N.J. 08625

Certification

I hereby certify I caused a true copy of the instant motion and exhibit to David Whitman, Esquire 146 Westminster St., Providence, R.I. 02903, via first class mail on August 7, 2007.

Keith A. Werner