I've enclosed only 5-pages



# Eyewitness Identification

Eyewitness identification is one of the most potent and effective tools available to police and prosecutors. It is compelling, and time after time, it convinces juries of the guilt of a defendant. The problem is, eyewitness identifications are WRONG at least 50% of the time!

Read about the real-life victims of faulty eyewitness identification and see what experts have to say on this subject.

**Note: We add links to updates with the original news articles reporting death penalty issues, so be sure to *scroll down* to check for "new news".**

## 'Sometimes I wonder if death ain't better.'

**Perhaps only Roger Dean Gillispie knows for sure whether he kidnapped and raped three Fairborn, Ohio area women in 1988. No physical evidence tied him to the crime. He was convicted on the basis of eyewitness identifications made two years after the crimes occurred. His case illustrates the tough road for inmates who insist they are innocent but cannot use DNA to prove it.**

## Look-alikes: Was the Wrong Man Convicted?

**Charles T. "Ted" Dubbs was convicted of sexually assaulting two women in Dauphin County, PA in 2000 and 2001. Both women identified him as their attacker. Wilbur Cyrus Brown, II has been convicted of a series of similar attacks, and has confessed to the two attacks Dubbs was convicted of committing. Did the eyes deceive?**



**Dubbs in 1999**



**Composite Sketch**



**Brown in 2001**

## Jerry Miller

**In 1981, Jerry Miller was pulled off the street in Chicago, IL and picked out of a line up by a rape victim. At trial, Miller was convicted of rape, robbery, aggravated kidnapping and aggravated battery. In 2007, he became the 200th person to be exonerated by DNA. That same DNA matched the DNA of an offender in the FBI's Codis DNA database, which became operational in 1998. That means the real criminal not only got away with the 1981 rape, but that he committed at least one more crime that put him into the Codis database.**

**On the same day -- March 29, 2007 -- in Buffalo, NY and in St. Louis, MO, two innocent men were cleared of crimes in which the only evidence against them was their identification by the victims as the perpetrators. The eyewitnesses were wrong.**

**Anthony Capozzi**

**Anthony Capozzi of Buffalo, NY, an innocent man who has been in prison for almost 22 years after being wrongly convicted of two Delaware Park rapes, was exonerated March 29, 2007 by DNA evidence — evidence that had been stored in a cabinet at Erie County Medical Center for as long as he has been behind bars. Capozzi, who resembled Altemio Sanchez, identified through the same DNA testing as the perpetrator of the attacks, had been convicted based on the testimony of the rape victims, who had picked him out of police lineups.**

**Antonio Beavers**

**Antonio Beaver was convicted in 1997 in the carjacking of a woman near the St. Louis, MO Arch the year before. The robber, wielding a screwdriver, was stabbed during a struggle with the victim. Blood inside her car was not Beaver's, according to recent DNA test results. Prosecutors said the sample had not been tested before trial because it was too small for the technology of the day. Beaver's ordeal began when the carjacking victim described a man with a baseball cap and gap in his front teeth. Six days later, a St. Louis police officer noticed Beaver on the street and thought he fit the description. Beaver voluntarily participated in a line-up. The victim picked him from among four men.**

Could this man be the Blue Ridge parkway rapist?


Michael Nicholaou

**Authorities in Nelson County, Virginia are investigating the circumstantial case against Michael Nicholaou, now dead by suicide, in a 1984 rape. Edward Honaker was convicted of the rape and served 10 years in prison before his DNA exoneration.**

**"Folks, everybody is human, everybody is subject to making mistakes. A mistaken identity is what we are talking about here today." - Kenneth Farrar, Honaker's defense attorney, to jury at trial.**

**Brutal Assault, Mistaken Identity**    **A Life of Heroism and Violence**

**James Curtis Giles**

**The Dallas County, TX district attorney's office has acknowledged that prosecutors illegally withheld evidence that might have saved a man from a 1983 rape conviction and 10 years in prison. Newly discovered evidence amassed by attorneys for James Curtis Giles "strongly suggests" that he was misidentified -- based on his name alone -- as one of three men involved in the gang rape, prosecutors said. They said his conviction should be overturned, but stopped short of declaring Mr. Giles innocent. Instead, they asked state District Judge Robert Francis for additional time to investigate Mr. Giles' claim that a man with a nearly identical name was the true rapist.**

**Similar: Kerry Sanders was whisked from Los Angeles, CA to prison in Stormville, NY when he was mistaken for fugitive Robert Sanders. For 2 years, no one would listen when he insisted, "My Name is Not Robert."**

**Napoleon Cardenas**

**The case began on the evening of July 21, 1994. Police officers all over Queens, NY were looking for four Latino men suspected of snatching three cases of Tahitian black pearls from vendors returning to their hotel in Elmhurst from a gem show in Manhattan. The vendors estimated the jewels' value at $1.5 million. As they escaped, the thieves rushed at a man in his driveway, demanding his car. The man was an off-duty police officer, and he managed to shoot his service weapon, a 9-millimeter Glock, before he was knocked unconscious. He told detectives later that he thought he had hit a robber who was grabbing at the barrel of the gun. That same night, Napoleon Cardenas accidentally shot himself in the hand .380-caliber semiautomatic pistol that he had been showing to two visitors. Witnesses who couldn't pick Napoleon out of a line up immediately after the incident decided they *could* identify him after days and even years had passed. After 7 years in prison, Cardenas was able to prove his innocence with the bullet fragments in his hand -- from a .380-caliber pistol, not a 9-millimeter Glock.**

**Steve Snipes**

**North Carolina Gov. Mike Easley has pardoned a Sanford man who spent more than five years in prison for a 1998 armed robbery in Goldsboro. There was no physical evidence against Steve Snipes, only testimony that the masked robber of the convenience store sounded like Snipes trying to disguise his voice. Snipes presented alibis and a witness who testified that a man named Terrance Wyatt was the robber. Wyatt was caught committing an identical robbery**

while Snipes was in prison.

**Willie "Pete" Williams**

DNA evidence has cleared an Atlanta, GA man who has served 21 years in prison after being convicted of raping and kidnapping a woman at a Sandy Springs apartment complex in 1985, the man's lawyers said on January 19, 2007. Willie O. "Pete" Williams, who is now 44, was convicted largely on the eyewitness testimony of the rape victim and of another woman who was assaulted — though not raped — a few days later in the parking lot of another Roswell Road complex.

**Marlon Pendleton**

Marlon Pendleton of Chicago, Illinois says, "I always knew I was innocent," although the woman who picked him out of a line up was certain he was her assailant. His repeated requests for DNA testing went unheeded while he served the first 10 years of his 100 year sentence for rape. U.S. District Judge Joan Lefkow heard his plea and ordered DNA testing. The results absolutely exclude Marlon as the rapist. The victim, however, remains convinced that she picked the right man.

**Joshua Rivera**

On the morning of Sept. 19, 1992, a man named Leonard Aquino stood with another man in front of a building in Woodside, NY. He was approached by a couple of men who spoke briefly, then opened fire. Mr. Aquino was killed; another man, Paul Peralta, was shot, but survived. Mr. Rivera's picture was picked out of an array of photos by Mr. Peralta and another witness, and in February 1993, five months after the shooting, Mr. Rivera was charged with killing Mr. Aquino and shooting Mr. Peralta. He was convicted in December 1995. The eyewitness now says he did not see the killer long enough to identify him, and new witnesses have come forward to assert that Mr. Rivera was not even present at the scene of the crime.

**Robert Wilson**

In Chicago in 1997, June Siler mistakenly identified Robert Wilson as the man who slashed her with a razor blade, after viewing a suggestive photo line up and being told he had confessed. This is a chilling reminder of how easy it is for police and prosecutors to manipulate a witness' testimony. Now, June wants to make things right for Robert.

**Larry Fuller**

In April 1981, a Dallas woman was attacked and raped in her bedroom. When police showed her photographs of potential suspects two days later, she did not identify Fuller. Several days later, police showed her a second group of photos. The photograph of Fuller was the only one that appeared in both arrays. Although the victim said her attacker did not have facial hair, and Fuller was pictured with a full beard, she identified him and he was arrested. Twenty-five years later, Fuller has been exonerated by DNA.

**Allen Coco**

Nine years after he was convicted of rape and burglary and 11 years after his arrest, DNA tests have cleared Allen Coco's name and record. The 38-year-old Louisiana man had insisted since his arrest in 1995 that he was innocent. The 28-year-old victim had chosen his picture from a photo lineup.

Link

The Pathetic Legal Cases Against Jerry L. Parker

**Stuart Gair**

Stuart Gair, of Glasgow, Scotland, was convicted of stabbing a man to death in 1989 and sentenced to life in prison. Gair had a solid alibi that placed him on the other side of the city at the time of the crime, but the jury believed an eyewitness who said he "studied" the killer's face. What neither the jury nor Gair's attorneys knew was that the eyewitness had already admitted to police that he had made up most of his identification story. Seventeen years later, Gair's conviction has finally been vacated.

**James Calvin Tillman**

A man imprisoned for more than 18 years for kidnapping and raping a woman was released after new forensic tests showed evidence from the crime did not match his DNA. James Calvin Tillman, 44, told his family he wanted to take a quiet walk and watch the squirrels play for the first time since 1989, when he was convicted and sentenced to 45 years in prison. Tillman was 26 when he was charged with abducting a woman as she got into her car near a Hartford, CT

**restaurant, then beating and raping her at a nearby housing project. The victim picked out Tillman from a series of photos and he was convicted.**

## Experts don't see police errors in Tillman case

**The most striking aspect of Journal Inquirer interviews with four eyewitness-identification experts about the case of James Calvin Tillman is what they failed to produce. None of the experts identified a clear error in the procedures Hartford police used in investigating the case. Although several experts suggested that the jury in Tillman's 1989 trial would have benefited by hearing from an expert in eyewitness identification, none identified a compelling point an expert could have made to change the jurors' minds.**

### Shaun Rodrigues

**Shaun Rodrigues claims he is innocent of a Manoa, Hawaii robbery that happened in July, 2000. Robert Rees of the Honolulu Advertiser described Rodrigues' conviction: "What we have here is an injustice illustrative of the dangers inherent in eyewitness identifications without one iota of physical evidence. The Rodrigues verdict is illustrative also of the danger of combining overzealous prosecutors, uninhibited either by a dearth of evidence or by sloppy police work, with a judge who may have allowed her subjective feeling about the credibility of witnesses to become a factor in determination of guilt." But the Hawaii Supreme Court upheld his conviction, and he turned himself in on January 9, 2006.**

**Rodrigues Conviction Hardly Convincing** **State Supreme Court Affirms Conviction**

### Clyde Johnson, IV

**It took a courtroom minute to end 15 months of limbo for Clyde A. Johnson 4th, a Philadelphia, PA social worker wrongly accused of a shooting that investigators now say could be linked to confessed serial killer Juan Covington. Police arrested Johnson after he was picked out of a photo lineup by the victim. Unable to post $1 million bail, Johnson was detained at the city's Curran-Fromhold Correctional Facility. When Covington confessed to three slayings, police took a second look at the case against Johnson. The Bryant shooting occurred around the corner from Covington's home. Bullets were tested and matched a gun owned by Covington.**

### Forest Shomberg

**Forest Shomberg, 41, is serving a 12-year prison term for a sexual assault in Madison, WI, a crime for which he has always professed innocence. At the heart of his appeal is the argument that the trial judge erred in disallowing testimony from an expert witness knowledgeable in the area of eyewitness identifications. The victim agreed at trial with statements that she picked Shomberg because he was "the best of the six," even though "he very well could have not been the guy." His fate now rests in the hands of the Wisconsin Supreme Court.**

**UPDATE: The Wisconsin Supreme Court upheld Shomberg's conviction.**

### David Hansen

**DNA has allowed Minneapolis, Minnesota police officer David Hansen to dodge a deadly bullet. When a woman was raped in February, 2005 by a man who offered her a ride home from her health club, she picked David out of more than 1,400 photos of club members. Arrested, charged with first-degree sexual contact and kidnapping, placed on administrative leave, David was cleared by DNA. The charges have been dropped, although the county attorney says there is no evidence that leads to another suspect.**

### Luis Diaz

**For 26 years, the people of Miami, Florida believed the Bird Road Rapist was Luis Diaz, and that he had been caught and locked up. The rapist was named after the location in the Miami area where the rapes occurred. The rapist used the same method with all of his victims: He attacked young women driving in the Bird Road-U.S. 1 area of Coral Gables. He would signal the women to pull over by flashing his headlights, then force them to have sex at gunpoint. Diaz was convicted based on identifications made by eight victims, even though some of them initially described their attacker as being 6-feet tall, 200 pounds, and fluent in English. Diaz is 5-foot-3, about 130 pounds and speaks little to no English. He also constantly smelled of onions because he worked as a fry cook - although none of the victims described their attacker having that odor. Now DNA as *excluded* Diaz as the Bird Road Rapist, and he has been set free.**

### Alejandro Dominguez

**Alejandro Dominguezwas 16 when he was charged with the September 1989 home invasion**

and rape in Waukegan. He was convicted in a 1990 trial, in large part because the victim identified him as her attacker. Dominguez insisted he was wrongly identified and was innocent. Sentenced to 9 years in state prison, he served more than 4 years, receiving time off for good behavior, before he was released in December 1993. Even though he was free, Dominguez continued to try to prove his innocence. He persuaded lawyer Jed Stone to seek DNA testing on semen recovered from the victim. The tests excluded Dominguez as a source of the semen, and they prompted Lake County prosecutors and Stone to ask a judge to vacate the convictions.

## Juneal Pratt

Thirty years ago Juneal Pratt was convicted of raping two sisters who were staying in a motel together in Omaha, Nebraska. The conviction hinged on the women's identification of Pratt in a line up; his alibi witnesses were rejected by the jury. New testing has excluded Pratt as the source of DNA found on the women's clothes. He stands on the brink of becoming Nebraska's first DNA exoneration.

## Preventing Wrongful Convictions

Mistaken eyewitness identification is the major reason innocent people have been sent to prison in Virginia, a two-year study of 11 wrongful convictions concludes. Preventing such tragedies could be as simple as changing police procedures or as expensive as improving the quality of legal help given poor people in Virginia, which pays court-appointed lawyers the lowest fees in the nation.

## Michael Williams

In May 1981, when Michael Williams was 16, a jury in Jonesboro, LA rejected his claim of innocence, deliberating for less than an hour before convicting him of the savage beating and sexual assault of his math tutor. Nearly 24 years after his arrest, independent DNA tests by three laboratories, including the Louisiana state crime lab, show what Williams has long contended: He is not the man who committed the crime.

## Vishnu Persad

The victim, shot while riding on the back of her husband's motorcycle in South Florida, identified someone else as her assailant. The best-positioned eyewitness was unable to pick out Persad from a photo lineup; he, too, picked someone else. He couldn't identify him in court, either. The same eyewitness said there was nothing unusual about the assailant's car, while Persad's car had foreign slogans written all over it. Moreover, three witnesses testified Persad was studying for an exam with them when the incident happened. But the victim's husband was shown a photo of Persad by an ex-FBI investigator, told Persad was the assailant, identified him in court – and Persad is doing 43 years in prison.

UPDATE: 3/1/07 - Persad's was one of the most controversial criminal cases in recent memory: one eyewitness, a 90-second look at a stranger before the stranger fired. No physical evidence. Persad's case wended in and out of courts for years. A month ago, Circuit Judge Jorge Labarga threw out the ID, the keystone of the case. On March 1, 2007, prosecutors wiped Persad's slate clean. Charge dropped in "road rage" shooting.

## Clarence Harrison

Clarence Harrison of Decatur, GA, has spent 17 years in prison for rape, kidnapping and robbery. The victim identified him from both a photo and live lineup. He has become the 150th person proven innocent by DNA in the past ten years.

## Arthur Lee Whitfield

Arthur Lee Whitfield spent part of his first hours of freedom standing up on the bus that carried him home. Whitfield was released from prison after DNA tests exonerated him of raping two women in Ghent, VA in August 1981. He had served 22 years of a 63-year sentence. Whitfield had little to say to the investigator who helped convict him, or to the two women who at trial said they were sure he was the man who had raped them. "It would be nice for them to say they made a mistake," he said. "It takes a big person to say they made a mistake."

## Wilton Dedge

This Sharpes, FL case was a classic – mistaken victim identification and perjured snitch testimony put him in prison for a 1981 rape. He has been exonerated by DNA, and freed after 22 years.

EXHIBIT A

G-21

NEW JERSEY STATE PRISON (Rev. 5/03)

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt #

| Inmate Name | Number | Wing | Date |
|---|---|---|---|
| Warner | 574583 | 4R | 8/6/07 |

| Sender | Address | Date (Postmark) |
|---|---|---|
| US Dis Court | Providence RI | 8/2/07 |

| Processed by: (Print and Sign) | Date |
|---|---|
| [illegible] | 8/6/07 |

Traffic Control Officer (if relocated) (Print and Sign) Date

Issued by: (Officer Print and Sign) Wing Date

Inmate: (Print and Sign) Date

Item#

✓ Legal Mail

____ Non Legal Accountable

✓ Regular First Class (No special handling)

____ Inter Office (Truck Mail)

____ Registered/Certified

____ Return Receipt

____ Priority Mail

____ Express Mail

____ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier:____

**Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.**
**Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.**

**WHITE - Mailroom I/M file** **YELLOW - Wing Officer**
**PINK - Inmate Receipt** **GOLDENROD - Mailroom Operator files**