2007 SEP 17 P 2:31
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

KEITH A. WERNER,

Plaintiff Appellant

v. STONEBRIDGE LIFE INSURANCE COMPANY,

JOHN DOE, an unknown employee of Stonebridge

Defendant- Appellees

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER FROM THE U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Notice is hereby given that Keith A. Werner hereby appeal to the United States Court of Appeals for the First Circuit from the final judgments entered in this action on August 2, 2007, postmarked August 15, 2007, see Exhibit 1, annexed hereto, and not received by Mr. Werner until August 21, 2007. (see Exhibit 2) The orders and judgments

are as follows:

1. Granting Defendant Stonebridge Life Insurance Companys Motion for Summary Judgment.
2. Denying Plaintiff's Objection to the Magistrates Report and Recommendation and Plaintiff's Opposition to Magistrate's Report and Recommendation Granting Defendant's Motion for Summary Judgment
3. Denying Plaintiff's Motion for Default Judgment Against Defendant John Doe.
4. Denying Plaintiff's Motion to Change Venue
5. Denying Plaintiff's Motion for Reconsideration. Denying Plaintiff's Motion to Readjust Time Limits
6. Denying Plaintiff's Motion to Hold in Abeyance all Rulings on Dispositive Motions
7. Denying Plaintiffs Motion for Writ of Error Corum Nobis

Dated 9-10-07

Respectfully submitted,

Keith A. Werner

Keith A. Werner Pro se
#574 883
Box 861, Trenton N.J
08625