012H16206190
Hasler
$00.41 0
08/15/2007
Mailed From 02903
US POSTAGE

4B

NT- PLAINTIFF'S EXHIBIT 1

APPELLANTS EXHIBIT 2

G-21

NEW JERSEY STATE PRISON

(Rev. 3/03)

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt #

| Werner, K | 574883 | 4B | 8/21/07 |
|---|---|---|---|
| Inmate Name | Number | Wing | Date |
| US District Court | | | 8/15/07 |
| Sender | Address | | Date (Postmark) |
| C. Chiarese | | | |
| Processed by: (Print and Sign) | | | Date |
| | | | |
| Traffic Control Officer (if relocated) (Print and Sign) | | | Date |
| | | | |
| Issued by: (Officer Print and Sign) | | Wing | Date |
| [illegible signature] | | | [illegible] |
| Inmate: (Print and Sign) | | | Date |

Item#

X Legal Mail

____ Non Legal Accountable

X Regular First Class (No special handling)

____ Inter Office (Truck Mail)

____ Registered/Certified

____ Return Receipt

____ Priority Mail

____ Express Mail

____ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier:________

**Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.**
**Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.**

**WHITE - Mailroom I/M file**
**PINK - Inmate Receipt**
**YELLOW - Wing Officer**
**GOLDENROD - Mailroom Operator files**