UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CA07-82**S**

2. TITLE OF CASE: **Keith Werner V. Stonebridge Life Ins. CO**

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Keith A. Werner**
PO Box 861
Inmate #574883
Trenton, NJ 08625

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**David P. Whitman**
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218

5. NAME OF JUDGE: **William E. Smith**

6. COURT-APPOINTED COUNSEL YES x NO
FEE PAID YES x NO
RECEIPT

8. IN FORMA PAUPERIS YES X NO

9. GUIDELINES CASE YES X NO

10. RELATED CASE ON APPEAL YES x NO
C.C.A. # (IF AVAILABLE)
DATE OF LAST N.O.F.A. FILED

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 21, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Keith Werner v. Stonebridge Life Ins. Co.**
**CA07-82S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geib
*Wendy Geib*
DEPUTY CLERK

ENC: Notice of Appeal, Certified Docket, Copy of Court File

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 21st day of September 2007.

David A. DiMarzio, CLERK

Wendy Geile

BY: *Wendy Geile*
DEPUTY CLERK